## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of IL                Docket No.: 04-1157

Division: Peoria

**Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)**

Keven L. Carter             v.    Erika Howard, et al.

---

**Current Counsel for Plaintiff (Petitioner):**    **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Keven L. Carter, R25659                Name: unknown

Firm: Lawrence Correctional Center           Firm:

Address: R R 2, Box 31                       Address:

Sumner, IL  62466

Phone: (618) 936-2064                        Phone:

---

Judge: Harold A. Baker                Nature of Suit Code:  555

Court Reporter: Toni Judd             Date Filed in District Court:  5/18/04

                                      Date of Judgment:  (none entered), Order entered 6/29/04

                                      Date of Notice of Appeal: 7/21/04

Counsel:   ___Appointed     ___Retained   _x__Pro Se

Fee Status:   ___Paid    __x_Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes   **x__No **Notice pursuant to Circuit Rule 3(c) and 28 sent to pro se plaintiff by clerk on 7/22/04

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District: Central District of IL*          *Docket No.: 04-1157*

*Division: Peoria*

**Plaintiff (Petitioner)Short CaptionDefendant (Respondent)**

Keven L. Carter          v.     Erika Howard, et al.

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Keven L. Carter, R25659          Name: unknown

Firm: Lawrence Correctional Center     Firm:

Address: R R 2, Box 31                 Address:

Sumner, IL  62466

Phone: (618) 936-2064                  Phone:

---

Judge: Harold A. Baker                 Nature of Suit Code:  555

Court Reporter: Toni Judd              Date Filed in District Court:  5/18/04

                                       Date of Judgment: (none entered), Order entered 6/29/04

                                       Date of Notice of Appeal: 7/21/04

Counsel:   ___Appointed     ___Retained    _x__Pro Se

Fee Status:    ___Paid     __x_Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes    **x__No **Notice pursuant to Circuit Rule 3(c) and 28 sent to pro se plaintiff by clerk on 7/22/04

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**