UNITED STATES DISTRICT COURT
FOR THE <u>CENTRAL</u> DISTRICT OF ILLINOIS

<u>KEVEN L. CARTER</u>,
          Petitioner,

-vs-

<u>ERIKA HOWARD, et. al.</u>,
          Respondent,

FILED
SEP 13 2004
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NOTICE OF APPEAL
CASE NO. <u>04-1157</u>

## NOTICE OF APPEAL

Notice is hereby given that <u>KEVEN L. CARTER, PETITIONER</u> above named, appeals to the United States Court of Appeals for the <u>7th</u> Circuit from the <u>PLAINTIFF'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS 28 § 1915 AND to have the 7th CIRCUIT COURT OF APPEAL REVIEW his K.C. PETITION.</u>
(attach extra page if necessary)
entered in this action on <u>30th DAY OF August, 2004</u>

Respectfully submitted,

/s/ <u>Keven L. Carter</u>

Subscribed and Sworn To Before Me
This <u>4th</u> Day of <u>Sept</u>, <u>2004</u>

<u>Patricia Luers</u>
NOTARY PUBLIC

"OFFICIAL SEAL"
Patricia Luers
Notary Public, State of Illinois
Commission Exp. 12/15/2004

IN THE
U.S. District Court
Central District of Illinois

KEVEN L. CARTER
Plaintiff,
v.                                    ) Case No. 04-1157
ERIKA HOWARD, et al.,
Defendants

## PROOF/CERTIFICATE OF SERVICE

TO: Atty. General
Attn. Lisa Madigan
100 W. Randolph St.
Chicago, IL. 60601

TO: U.S. Dist. Court
Central Illinois
Attn. Clerk Room 309
100 N.E. Monroe Federal bldg.
Peoria, IL 61602

TO: _____

TO: _____

PLEASE TAKE NOTICE that on September 7, 20 04, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Notice of Appeal

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: Sept. 7, 2004

/s/ Keven J. Carter
NAME: KEVEN CARTER
IDOC#: R25659
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

Revised July 2004