E-FILED
Monday, 13 September, 2004 12:04:07 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

KEVEN CARTER,
    PLAINTIFF,

VS.

ERIKA HOWARD, et.al.,
    DEFENDANTS.

CASE NO.
04-1157

**FILED**

SEP 1 3 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION TO RECONSIDER PLAINTIFF'S REQUEST FOR COUNSEL PURSUANT TO 28 § 1915

Now comes the plaintiff, KEVEN CARTER, appearing pro se, moves this honorable court to reconsider the denial of counsel and to appoint counsel accordingly to help the plaintiff in his cause,

In support, he states:

A. That he has an estimated IQ of 70, which is borderline of intellectual functioning which prevents him to fully understand what he reads to prepare an adequate claim.

B. That his correctional facility does not provide adequate law library to assist pro se litigants with their needs.

C. That Due to his IMPRISONMENT, he CAN't AFFORD to hiRe COUNSEL to ASSISt him.

D. That without ASSISTANCE OF AN LICENSED AttORNEY, he WOULD be DENIED ACCESS to the COURts AND FROM ReceIVING ReLIEF.

E. That this honorable COURt FAILED to take INto CONSIDERATION his petition PURSUANt to <u>WOLFF V. McDONNELL</u>, AND that the heARING held FOR DISCIPLINARY PROCEEDINGS WheRe Not IMPARTIAL to the PLAINTIFF, It is 4 to 1 RATIO, AND the PLAINTIFF'S heARING WAS VIOLATION OF his Due PROCESS Rights were the COMMittee FAILED to CALL his WITNESSES, to ALLOW him AN CONTINUANCE FOR Such, AND FAILED to Give theIR ANSWER to why Such WAS Not MENTION IN the FINAL SUMMARY. The COMMittee LIED by K.C. K.C. StateD NO WITNESSES were ASKED FOR but they were. This COURt FAILED to take INto CONSIDERATION this AND NeveR GAVe the PLAINTIFF AN GOOD REASON FOR DENIAL OF his PETITION.

The PLAINTIFF PRAYS At this time that this COURT WOULD DO the RIGHT thing AND to GRANt his MOTION FOR APPOINTMENT OF COUNSEL to help with his 1st AMENDMENT CLAIM AND FOR COUNSEL to REVISE his petition So his ISSUES WOULD be hEARD to the FULL EXTENT OF the LAW.

## AFFIDAVIT

I, KEVEN CARTER, the PLAINTIFF, hereby DISPOSES that ALL FACTS LISTED IN his MOTION FOR PRECONSIDERATION ARE true AND CORRECT to the best OF his KNOWLEDGE AND bELIEF UNDER the PENALTY OF PERJURY LAWS.

STATE OF ILLINOIS
COUNTY OF RANDOLPH

_Keven L. Carter_
KEVEN L. CARTER
PLAINTIFF R25659
P.O. BOX 711
MENARD, IL. 62259

SUBSCRIBED AND SWORN to BEFORE ME ON Sept 7, 2004
DATE

_Patricia Luers_
NOTARY PUBLIC

"OFFICIAL SEAL"
Patricia Luers
Notary Public, State of Illinois
My Commission Exp. 12/15/2004

IN THE

U.S. DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

KEVEN CARTER )
Plaintiff, )
      v. ) Case No. 04-1157
  )
ERIKA HOWARD, et al., )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. DISTRICT COURT    TO: ATTORNEY GENERAL OF ILL.
CENTRAL DISTRICT ILLINOIS     ATTN. LISA MADIGAN
ATTN. CLERK ROOM #309     100 W. RANDOLPH St.
100 N.E. MONROE FED. BLDG.    Chicago, IL. 60601
PEORIA, ILL. 61602

TO: _____     TO: _____
     _____        _____
     _____        _____
     _____        _____

PLEASE TAKE NOTICE that on SEPTEMBER 7, , 2004, I have placed the documents listed below in the institutional mail at MENARD Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: MOTION to RECONSIDER PLAINTIFF'S REQUEST FOR COUNSEL PURSUANT to 28 § 1915 MOTION DENIED 8/25/04.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: SEPT. 7, 2004

/s/ Keven L. Carter
NAME: KEVEN L. CARTER
IDOC#: R25659
MENARD Correctional Center
P.O. BOX 711
MENARD, IL 62259

Revised July 2004