## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois            Docket No.: 04-1157

Division: Peoria

**Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)**

Carter                          v.            Howard

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Keven L. Carter, R25659                Name:

Firm: c/o Menard CC                          Firm:

Address: PO Box 711                          Address:

Menard, IL. 62259

Phone: (618) 826-5071                        Phone:

---

Judge: Harold Baker                          Nature of Suit Code:  555

Court Reporter: Toni Judd                    Date Filed in District Court: 5/18/04

                                             Date of Judgment: 8/30/04

                                             Date of Notice of Appeal: 9/13/04

Counsel:   ___Appointed    ___Retained    _X_Pro Se

Fee Status:   ___Paid    X___Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**