IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVEN L. CARTER, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-1157 |
| ERIKA R. HOWARD, CLIFFORD VELLA, RICHARD ALLEN, DOUGLAS CRAVENS, ROGER E. WALKER JR., | ) |
| Defendants. | ) |

## MOTION TO STAY RESPONSIVE PLEADING

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby move this Honorable Court to grant their Motion to Stay Responsive Pleading. In support of this motion, Defendants state as follows:

1. This Honorable Court entered an order dismissing all Plaintiff's claims, with the exception of the First Amendment claim alleging he was denied access to religious services, on June 29, 2004.

2. Plaintiff appealed the June 29 order on July 22, 2004.

3. Plaintiff motioned for leave to appeal *in forma pauperis* on August 25, 2004.

4. This Honorable Court denied Plaintiff's motion for leave to appeal *in forma pauperis* on August 30, 2004.

5. Plaintiff appealed the August 30 order on September 13, 2004.

Wherefore, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant them additional time to answer pending the outcome of Plaintiff's appeals, and grant their Motion to Stay Responsive Pleading until 30 days after the appeals are resolved.

    Respectfully submitted,

    ROGER E. WALKER JR., ERIKA HOWARD,
    RICHARD ALLEN, and CLIFFORD VELA

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

Christopher Higgerson, #6256085    Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, IL 62706    BY:  s/Christopher L. Higgerson
217 557-0261    Christopher Higgerson
Of Counsel.    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEVEN L. CARTER,         ) | |
|         Plaintiff,         ) | |
| vs.         ) | No. 04-1157 |
| ERIKA R. HOWARD, CLIFFORD VELLA,   ) <br> RICHARD ALLEN, DOUGLAS CRAVENS, ) <br> ROGER E. WALKER JR.,         ) | |
|         Defendants.         ) | |

## Certificate of Service

I hereby certify that on October 1, 2004, I electronically filed a Motion to Stay Responsive Pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on October 1, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

s/Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
chiggerson@atg.state.il.us