# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

FILED
OCT – 5 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| KEVEN L. CARTER | 04-1157 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CLIFFORD J. VELA, ADJ. COMMITTEE | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CLIFFORD J. VELA, CORRECTIONAL OFFICER #3438

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

PONTIAC CORRECTIONAL CENTER
700 W. LINCOLN Street PONTIAC, IL. 61764

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

WORKS 7:00 A.M. to 3:00 P.M. Shift
West CELL House SEGREGATION UNIT

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT

Keven L. Carter    TELEPHONE NUMBER: N/A    DATE: 5/ /04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/20/4   Time: ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8— | | | 8— | | | |

REMARKS:  8/5 - CM    8/10 - Rec'd signed waiver

---

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

_____ District of _____

KEVEN L. CARTER, Plaintiff.

v.

ERIKA R. HOWARD, Chairman
CLIFFORD J. VELA, Comm. Member
RICHARD D. ALLEN, Comm. Member
DOUGLAS A. CRAVENS, Adm. Review Board
ROGER E. WALKER, JR. Director Ill. Dept.
                     OF CORRECTIONS; DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1157

TO: (Name and address of Defendant)

CLIFFORD J. VELA, CORRECTION OFFICER #3438
PONTIAC CORRECTIONAL CENTER
700 W. LINCOLN Street
PONTIAC, ILLINOIS 61764

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ Pro Se (name and address)

Keven L. Carter, R 25659
Lawrence Correctional Center
RR2, Box 31
Sumner, IL 62466

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                    7/20/04
CLERK                                                 DATE

s/ M. Leininger
(By) DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

================================================================*

# *PLEASE ENSURE THAT THIS FORM IS SIGNED AND RETURN AS SOON AS POSSIBLE IN THE S.A.S.E.**

================================================================

TO: <u>UNITED STATES MARSHAL</u>

I acknowledge receipt of your request that I waive service of a summons in the action of **KEVIN CARTER V ERIKA HOWARD, ET AL** Case #: 04-1157 in the United States District Court for the CENTRAL DISTRICT OF ILLINOIS. I have also received a copy of the complaint in the action, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (for the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer of motion under Rule 12 is not served upon you **within 60 days after August 5, 2004** within 90 days after that date if the request was sent outside the United States.

_8-20-04_
DATE

SIGNATURE: c/o Clifford Vela 3138

Printed/Type Name: Clifford Vela

As _____ of _____

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded., or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgement may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.