UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS

KEVEN CARTER,
   PLAINTIFF.

VS.

ERIKA HOWARD et a.l.,
   DEFENDANTS.

FILED
OCT 2 8 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NO. 04-1157

PAGE 1 OF 3

## MOTION FOR INJUNCTIVE AND MONETARY RELIEF PURSUANT TO 42 K.C. 42 U.S.C.A. § 1983

Now comes the PLAINTIFF, KEVEN CARTER, which he respectfully moves this honorable court to grant his MOTION FOR RELIEF.

IN SUPPORT, he states:

1. That the PLAINTIFF was sentenced to 5 month's in segregation unit on January 1, 8, 2004 where he was denied access to religious services in violation of the 1st Amendment of the U.S. Constitution. See O'Lone v. Estate of Shabazz, 107 S.Ct. 2400; Cruz v. Beto, 92 S.Ct. 1079; and Cooper v. Pate 84 S.Ct. 1733.

2. That the PLAINTIFF made an sincere showing of his religious beliefs to help with his rehabilitation. See Patrick v. LeFevre 745 F.2d 153.

3. That the DEFENDANTS could have shown RESPECT AND AFFIRMANCE AS GIVEN to other INMATES with de MINIMIS cost to VALID PENOLOGICAL INTEREST. They FAILED to show evidence to or REASONS of such CONSTITUTIONAL DENIAL OF RIGHTS. see Turner V. SAFLEY 107 S.Ct. 2254; DAVIDSON V. CANNON 106 S.Ct. 668; and FAIRD V. SMITH 850 F.2d 917.

4. That the DEFENDANTS are IN VIOLATION of the RELIGIOUS Freedom Act 1993 § 3, 42 U.S.C.A. § 2000 bb-(1) see ALLAH V. MENEI 844 F.Supp. 1056; O'LONE V. ESTATE OF Shabazz 107 S.Ct. 2400.

5. That the PLAINTIFF Suffered From AND ANGER From being IN SEGREGATION UNIT without ANY RELIGIOUS services or outside MOVEMENT OF NOT being IN CELL IN SEGREGATION UNIT(while), AND such, he IS ENTITLED to such RELIEF under 42 U.S.CA. § 1983. See Wheatley V. Beetar 637 F.2d 863; MEMPHIS COMMUNITY SCHOOL DISTRICT V. STACHURA 106 S.Ct. 2357. Wheeler V. MENtal health + Mental RETARDATION Authority OF Harris Co. 752 F.2d 1063.

Wherefore, the PLAINTIFF pray's that this Honorable Court will grant his motion for INJUNCTIVE RELIEF AND DAMAGE Reward of $25.00/A DAY for each day he was Denied Religious services/Bible studies in amount of $1,000.00 (8 days per month X 5 months) = 40 days for Punitive damage reward - "Suffering", to be Accessed against each Defendant who is Responsible of the Constitutional Deprivation of his Religious services.

*Keven L. Carter*
KEVEN Carter
Pro se PLAINTIFF
REG.# R25659
Menard Corr. Center
P.O. Box 711
Menard, Ill. 62259

~~STATE OF ILLINOIS~~

COUNTY OF RANDOLPH

## AFFIDAVIT

I, KEVEN CARTER, PLAINTIFF IN the Above LEGAL CAPTION, IS IMPRISONED At MENARD CORRECTIONAL CENTER, MENARD, ILLINOIS hereby DECLARE under the PENALTY FOR PERJURY that everything IN this MOTION IS true And Correct to the best of his KNOWLEDGE AND beLief.

*Keven L. Carter*
KEVEN L. CARTER
Pro se PLAINTIFF

Subscribed + Sworn to beFore me on Oct 21, 2004.
           DATE

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Patricia Luers
Notary Public, State of Illinois
My Commission Exp. 12/15/2004

IN THE
U.S. District Court
For Central Illinois

KEVEN CARTER
Plaintiff,
v.

ERIKA Howard, et al.,
Defendant

Case No. 04-1157

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Court
Central Dist. of Ill.
Clerk 100 N.E. Monroe #309
Peoria, Illinois 61602

TO:

TO: Atty. General
Attn. Lisa Madigan
500 S. Second Street
Springfield, IL. 62706

TO:

PLEASE TAKE NOTICE that on October 22, 2004, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Motion For Injunctive And Monetary Relief 42 U.S.C.A. § 1983.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 10/22/04

/s/ Keven L. Carter
NAME: Keven L. Carter
IDOC#: R25659
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

Revised July 2004