CASE NO.: 04-1157 Carter v. Howard/0/2

E-FILED
Thursday, 28 October, 2004 04:00:53 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 28 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk,

Enclosed is motions which I would liked filed on my behalf with the copy marked "Plaintiff Filed Copy" mailed to me with filed stamp on it.

Also, I have mailed several motions and an amended complaint over 30 days ago and I have not received an answer or my filed copy with envelope provided back as of today's date. Please let me know what happened.

I also provided this court with my correct address and my facility has not received the court order for my video writ which is scheduled 10/26/04 at 1:30 P.M. My facility will not have me available without one. Please

over

Look into this.

I told them the order was sent to Lawrence Cor. Center and that I provided new address to the clerk, but they can't do anything about it. They must have court order. I tried to send my copy to them -(video conference people) but they won't accept it. I have done everything I can and they are aware of it - so the only thing to do is hold them in contempt. They can get the court order from Lawrence with simple phone call, but they are doing this to cause an delay.

Respectfully Submitted

Keven L. Carter
KEVEN L. CARTER
R25659
Menard Cor. Center
P.O. Box 711
Menard, IL. 62259