E-FILED
Friday, 05 November, 2004  04:30:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
### FOR INJUNCTIVE AND MONETARY RELIEF

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby respond to Plaintiff's Motion for Injunctive Relief and Monetary Relief as follows:

1. Plaintiff is an inmate incarcerated at Menard Correctional Center. Plaintiff filed his Complaint on July 20, 2004, seeking damages pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights. Specifically, Plaintiff alleged he was denied due process in Adjustment Committee hearings at the institution, and further alleged he was denied phone calls to family, showers, religious services, meetings, counseling, yard time, and staff assistance to prepare his defense.

2. Pursuant to 28 U.S.C. § 1915A and Fed. R. Civ. Pro 12(b)(6), this Honorable Court entered an order dismissing Plaintiff's claims, with the exception of the First Amendment claim alleging he was denied access to religious services, on June 29, 2004.

3.      Plaintiff now files a Motion for Injunctive and Monetary Relief as part of this cause of action.  In his Motion, Plaintiff asks the Court to order the Defendants to pay damages of $1,000 for denying Plaintiff access to religious services and Bible studies while in segregation.

4.      An injunction is an extraordinary remedy.  Lawson v. Hill, 368 F.3d 955, 959 (7th Cir. 2004).  Where there is no ongoing constitutional violation established, injunctive relief cannot be granted.  Al-Alamin v. Gramley, 926 F.2d 680, 685 (7th Cir. 1991).

5.      The Prison Litigation Reform Act provides that "[p]rospective relief in any civil action with respect to prison conditions shall extend no further than necessary to correct the violation of the Federal right of a particular plaintiff or plaintiffs." 18 U.S.C. § 3626(a)(1) (2004).  To obtain an injunction, the plaintiff must show:  (1) no adequate remedy at law exists, (2) irreparable harm will result if the injunction is denied, and (3) likelihood of success on the merits. Cooper v. Salazar, 196 F.3d 809, 813 (7th Cir. 1999).

6.      Plaintiff titles his motion as a Request for Injunctive and Monetary Relief, but appears to seek only monetary damages in his motion.

7.      Plaintiff's claim that he was denied access to religious services in violation of his First Amendment rights remains in the litigation.  In his Complaint, Plaintiff seeks relief in the form of damages for his alleged lack of access to religious services. Therefore, Plaintiff is seeking an order duplicating the relief sought in his Complaint, with respect to a claim that remains in the litigation.

Wherefore, for the above and foregoing reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Motion for Injunctive Relief and Monetary Relief.

    Respectfully submitted,

    ROGER E. WALKER JR., ERIKA HOWARD,
    RICHARD ALLEN, and CLIFFORD VELA

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

| | |
|---|---|
| Christopher Higgerson, #6256085 | Attorney for Defendants, |
| Assistant Attorney General | |
| 500 South Second Street | |
| Springfield, IL 62706 | BY:  s/Christopher L. Higgerson |
| 217 557-0261 | Christopher Higgerson |
| Of Counsel. | Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEVEN L. CARTER, R25659           )<br>                                                           )<br>      Plaintiff,                           )<br>                                                           )<br>   vs.                                           )      No. 04-1157<br>                                                           )<br>ERIKA R. HOWARD, CLIFFORD VELLA,  )<br>RICHARD ALLEN, DOUGLAS CRAVENS, )<br>ROGER E. WALKER JR.,              )<br>                                                           )<br>      Defendants.                      )  | |

**Certificate of Service**

I hereby certify that on November 5, 2004, I electronically filed a Response to Plaintiff's Motion for Injunctive and Monetary Relief with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on November 5, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
chiggerson@atg.state.il.us