IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEVEN L. CARTER, R25659, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-1157 |
| ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, ) | |
| ROGER E. WALKER JR., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION FOR INJUNCTIVE AND MONETARY RELIEF**

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby respond to Plaintiff's Motion for Injunctive and Monetary Relief as follows:

**BACKGROUND**

Plaintiff is an inmate incarcerated at Menard Correctional Center. Plaintiff filed his Complaint on July 20, 2004, seeking damages pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights. Specifically, Plaintiff alleged he was denied due process in an Adjustment Committee hearing at the institution, and further alleged he was denied phone calls to family, showers, religious services, meetings, counseling, his yard time was restricted, and he did not receive staff assistance to prepare his defense. This Honorable Court entered an order dismissing all Plaintiff's claims, with the exception of the First Amendment claim alleging he was denied access to religious services, on June 29, 2004.

Plaintiff has filed this Motion for Injunctive and Monetary Relief asking the Court to order Defendants to pay damages of $1,000 for denying Plaintiff access to religious services and Bible studies while in segregation.

## ANALYSIS

**I.  Plaintiff is Seeking Damages for the Sole Remaining Claim in this Litigation**

Plaintiff's motion alleges Defendants denied him access to religious services in violation of his First Amendment rights.  However, this First Amendment claim is the sole remaining claim in this litigation, after this Honorable Court's Order entered June 29, 2004.  In his Complaint, Plaintiff seeks relief in the form of damages for his alleged lack of access to religious services.  To summarize, Plaintiff is seeking an order duplicating the relief sought in his Complaint, with respect to a claim that remains in the litigation.  As the First Amendment claim is still pending before this Court, Defendants respectfully request this Honorable Court deny Plaintiff's Motion for Injunctive and Monetary Relief.

**II.  Plaintiff is not Entitled to Injunctive Relief**

An injunction is an extraordinary remedy, and the decision whether to grant an injunction is within the sound discretion of the Court.  Lawson v. Hill, 368 F.3d 955, 959 (7th Cir. 2004).  Injunctive relief can only be granted where an ongoing constitutional violation exists.  Al-Alamin v. Gramley, 926 F.2d 680, 685 (7th Cir. 1991).

To obtain an injunction, the plaintiff must show:  (1) no adequate remedy at law exists, (2) irreparable harm will result if the injunction is denied, and (3) likelihood of success on the merits. Cooper v. Salazar, 196 F.3d 809, 813 (7th Cir. 1999).  The Prison Litigation Reform Act stipulates that "[p]rospective relief in any civil action with respect to

prison conditions shall extend no further than necessary to correct the violation of the Federal right of a particular plaintiff or plaintiffs." 18 U.S.C. § 3626(a)(1) (2004).

Plaintiff has titled his motion as a Request for Injunctive and Monetary Relief, but the relief sought is solely in the form of monetary damages. Hence, even assuming *arguendo* Plaintiff could show a constitutional violation, Plaintiff is not entitled to injunctive relief because an adequate remedy at law exists. Furthermore, Plaintiff's First Amendment claim is still pending before this Court.

Wherefore, for the above and foregoing reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Motion for Injunctive and Monetary Relief.

    Respectfully submitted,

    ROGER E. WALKER JR., ERIKA HOWARD,
    RICHARD ALLEN, and CLIFFORD VELA

    Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

Christopher Higgerson, #6256085    Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, IL 62706    BY:  s/Christopher L. Higgerson
217 557-0261    Christopher Higgerson
Of Counsel.    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KEVEN L. CARTER, R25659    )
                           )
    Plaintiff,             )
                           )
vs.                        )    No. 04-1157
                           )
ERIKA R. HOWARD, CLIFFORD VELLA,    )
RICHARD ALLEN, DOUGLAS CRAVENS,     )
ROGER E. WALKER JR.,       )
                           )
    Defendants.            )

---

**Certificate of Service**

I hereby certify that on November 5, 2004, I electronically filed a Memorandum of Law in Support of Defendants' Response to Plaintiff's Motion for Injunctive Relief with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on November 5, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
chiggerson@atg.state.il.us