IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby respond to Plaintiff's Motion for Injunctive Relief as follows:

1. Plaintiff is an inmate incarcerated at Menard Correctional Center. Plaintiff filed his Complaint on July 20, 2004, seeking damages pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights. Specifically, Plaintiff alleged he was denied due process in Adjustment Committee hearings at the institution, and further alleged he was denied phone calls to family, showers, religious services, meetings, counseling, yard time, and staff assistance to prepare his defense.

2. Pursuant to 28 U.S.C. § 1915A and Fed. R. Civ. Pro 12(b)(6), this Honorable Court entered an order dismissing Plaintiff's claims, with the exception of the First Amendment claim alleging he was denied access to religious services, on June 29, 2004.

3.	Plaintiff now files a Motion for Injunctive Relief as part of this cause of action. In his Motion, Plaintiff asks the Court to order the Defendants to pay damages of $100 per day for each day Plaintiff has spent in segregation, as well as lost wages, and requests expungement of his prison disciplinary record with respect to violations occurring on December 26, 2003. In short, Plaintiff seeks monetary damages based on claims this Honorable Court dismissed from the litigation in the Order entered June 29, 2004.

4.	An injunction is an extraordinary remedy. Lawson v. Hill, 368 F.3d 955, 959 (7th Cir. 2004). Where there is no ongoing constitutional violation established, injunctive relief cannot be granted. Al-Alamin v. Gramley, 926 F.2d 680, 685 (7th Cir. 1991).

5.	The Prison Litigation Reform Act provides that "[p]rospective relief in any civil action with respect to prison conditions shall extend no further than necessary to correct the violation of the Federal right of a particular plaintiff or plaintiffs." 18 U.S.C. § 3626(a)(1) (2004). To obtain an injunction, the plaintiff must show: (1) no adequate remedy at law exists, (2) irreparable harm will result if the injunction is denied, and (3) likelihood of success on the merits. Cooper v. Salazar, 196 F.3d 809, 813 (7th Cir. 1999).

6.	Plaintiff titles his motion as a Request for Injunctive Relief, but appears to seek only monetary damages in his motion.

7.	For prison disciplinary hearings to satisfy due process requirements, inmates must receive advance written notice of the claimed violation prior to the Adjustment Committee hearing, and a written statement as to the evidence relied on and the reason for the disciplinary action taken in the hearing. Wolff v. McDonnell, 418 U.S. 539, 563-64 (1974). The Adjustment Committee hearings held on January 1, 2004, and January 8, 2004, satisfied Wolff's due process requirements.

Wherefore, for the above and foregoing reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Motion for Injunctive Relief.

                Respectfully submitted,

                ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA

                Defendants,

                LISA MADIGAN, Attorney General, State of Illinois,

Christopher Higgerson, #6256085    Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, IL 62706    BY:   s/Christopher L. Higgerson
217 557-0261                  Christopher Higgerson
Of Counsel.                      Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

**Certificate of Service**

I hereby certify that on November 5, 2004, I electronically filed a Response to Plaintiff's Motion for Injunctive Relief with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on November 5, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Christopher L. Higgerson
Christopher L. Higgerson, #6256085
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
chiggerson@atg.state.il.us