**E-FILED**

Monday, 15 November, 2004 07:56:21 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

## For the Seventh Circuit

### Chicago, Illinois 60604
### NOTICE OF ISSUANCE OF MANDATE

DATE:    November 9, 2004

TO:      John M. Waters
         United States District Court
         Central District of Illinois
         Room 309
         100 N.E. Monroe Street
         Peoria, IL 61602

**FILED**

**NOV 12 2004**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:    Gino J. Agnello, Clerk

RE:      04-3400
         Carter, Keven L. v. Howard, Erika
         04 C 1157, Harold A. Baker, Judge

         Herewith is the mandate of this court in this appeal, along
         with the Bill of Costs, if any. A certified copy of the
         opinion/order of the court and judgment, if any, and any
         direction as to costs shall constitute the mandate.

         [X] No record filed
         [ ] Original record on appeal consisting of:

**ENCLOSED:**                                    **TO BE RETURNED AT LATER DATE:**

         [ ]    Volumes of pleadings             [ ]
         [ ]    Loose pleadings                  [ ]
         [ ]    Volumes of transcripts           [ ]
         [ ]    Volumes of exhibits              [ ]
         [ ]    Volumes of depositions           [ ]
         [ ]    In Camera material               [ ]
         [ ]    Other_____       [ ]
                _____
                Record being retained for use    [ ]
                in Appeal No. _____

         Copies of this notice sent to:          Counsel of record
         [ ]    United States Marshal
         [ ]    United States Probation Office

**NOTE TO COUNSEL:**

         If any physical and large documentary exhibits have been filed in
         the above-entitled cause, they are to be withdrawn ten days from the
         date of this notice. Exhibits not withdrawn during this period will
         be disposed of.

         Please acknowledge receipt of these documents on the enclosed copy
         of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

         Received above mandate and record, if any, from the Clerk, U.S.
         Court of Appeals for the Seventh Circuit.

Date: _____    _____
(1071-120397)                    Deputy Clerk, U.S. District Court

**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 18, 2004

*Before*

A True Copy:
Teste:
of the United States
of Appeals for the
Seventh Circuit.

Hon. MICHAEL S. KANNE, *Circuit Judge*

| | | |
|---|---|---|
| KEVEN L. CARTER, | ] | Appeal from the United |
| Plaintiff-Appellant, | ] | States District Court for |
| | ] | the Central District of |
| No. 04-3400          v. | ] | Illinois. |
| | ] | |
| ERIKA HOWARD, Chairman-Adjustment | ] | No. 04 C 1157 |
| Committee, CLIFFORD VELLA, | ] | |
| Correctional Officer, | ] | Harold A. Baker, |
| RICHARD D. ALLEN, Correctional | ] | Judge. |
| Officer-Adjustment Committee, | ] | |
| et al., | ] | |
| Defendants-Appellees. | ] | |
| | ] | |

On August 30, 2004, the district court denied the appellant leave to proceed in forma pauperis on appeal in appeal no. 04-2888. The appellant filed a "notice of appeal" from the August 30 district court order, and appeal no. 04-3400 was opened. A separate appeal from the district court's order, however, is unnecessary because the appellant is challenging only the district court's denial of his in forma pauperis motion. Instead, the appellant should have renewed his request to this court for permission to proceed on appeal in forma pauperis in appeal no. 04-2888. Accordingly,

IT IS ORDERED that appeal no. 04-3400 is DISMISSED as unnecessary. Because a separate appeal should not have been opened, the appellate filing fees for appeal no. 04-3400 are waived.