1:04-cv-01157-HAB-JAG  # 46  Page 1 of 1
12/02/2004 THU 12:11 FAX 217 373 5834  U.S. DIST COURT  U.S. COURT OF APPEALS  →→→ PEORIA CLERK  ☑002
DEC-02-2004 11:06  P.01/01
E-FILED
Friday, 03 December, 2004 09:50:47 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**FILED**

DEC - 2 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: December 2, 2004

TO: District Court Clerk

RE: Notice to transmit the record


No. 04-2888

KEVEN L. CARTER,
       Plaintiff - Appellant
  v.

ERIKA HOWARD, Chairman-Adjustment Committee, CLIFFORD VELLA, Correctional Officer, RICHARD D. ALLEN, Correctional Officer-Adjustment Committee, et al.,
       Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1157, Harold A. Baker, Judge


    Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.


(1211-022296)