



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

December 3, 2004

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE:  Keven L. Carter v. Howard, et al.
D. C. Docket No. 04-1157
U. S. C. A. Docket No. 04-2888

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

<u>1</u> Volumes of Pleadings

___ Volumes of Transcript

___ Volumes of Depositions

___ Volumes of Exhibits:

___ Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK


BY:___M. Leininger_____
Deputy Clerk