E-FILED
Friday, 03 December, 2004 02:33:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEVEN L. CARTER, R25659 )<br> )<br>   Plaintiff, )<br> )<br>   vs. )<br> )<br>ERIKA R. HOWARD, CLIFFORD VELLA, )<br>RICHARD ALLEN, DOUGLAS CRAVENS, )<br>ROGER E. WALKER JR., )<br> )<br>   Defendants. ) | No. 04-1157 |

## MOTION TO SUBSTITUTE COUNSEL

Now come the defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and for their Motion to Substitute Counsel, state as follows:

1. Assistant Attorney General Christopher L. Higgerson is no longer assigned to represent the defendants in this matter.

2. Assistant Attorney General Carrie K. Lacey is now assigned to represent the defendants in this matter.

3. It is requested that Assistant Attorney General Christopher L. Higgerson be removed as counsel for defendants.

Wherefore, for the above and foregoing reasons, defendants respectfully request this Court allow the substitution of Assistant Attorney General Carrie K. Lacey for Assistant Attorney General Christopher L. Higgerson and that Assistant Attorney General Christopher L. Higgerson be removed as counsel for defendants in this matter.

                                            Respectfully submitted,

                                            ROGER E. WALKER JR., ERIKA HOWARD,
                                            RICHARD ALLEN, and CLIFFORD VELA

                                                Defendants,

                                            LISA MADIGAN, Attorney General,
                                            State of Illinois,

Carrie K. Lacey, #6283318     Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, IL 62706           BY:  s/Carrie K. Lacey
217 557-0261                          Carrie K. Lacey
Of Counsel.                             Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEVEN L. CARTER, R25659 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-1157 |
| | ) |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) |
| ROGER E. WALKER JR., | ) |
| | ) |
| Defendants. | ) |

**Certificate of Service**

I hereby certify that on December 3, 2004, I electronically filed a Motion to Substitute Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on December 3, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us