E-FILED
Friday, 03 December, 2004  02:35:10 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEVEN L. CARTER, R25659 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-1157 |
| ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, ) | |
| ROGER E. WALKER JR., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Now Comes Lisa Madigan, Attorney General of the State of Illinois, by Carrie K. Lacey, Assistant Attorney General, State of Illinois, hereby enters her appearance on behalf of defendants ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, in the above cause.

                                              Respectfully submitted,

                                              LISA MADIGAN, Attorney General,
                                              State of Illinois,

| | |
|---|---|
| Carrie K. Lacey, #6283318 | Attorney for Defendants, |
| Assistant Attorney General | |
| 500 South Second Street | |
| Springfield, IL  62706 | By:   s/Carrie K. Lacey |
| (217) 557-0261 | Carrie K. Lacey |
| Of Counsel. | Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

**Certificate of Service**

I hereby certify that on December 3, 2004, I electronically filed a Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on December 3, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us