E-FILED
Wednesday, 08 December, 2004 01:52:04 PM
Clerk, U.S. District Court, ILCD
E-FILED
Friday, 03 December, 2004 10:02:46 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

December 3, 2004

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**04-2888**

U.S.C.A. — 7th Circuit
RECEIVED
DEC 0 6 2004  DW
GINO J. AGNELLO
CLERK

RE: Keven L. Carter v. Howard, et al.
D. C. Docket No. 04-1157
U. S. C. A. Docket No. 04-2888

FILED
DEC - 8 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

<u>1</u> Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A. — 7th Circuit
FILED
DEC 0 6 2004  SK
GINO J. AGNELLO
CLERK

1804355-1

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: ___M. Leininger___
Deputy Clerk