E-FILED
Monday, 27 December, 2004  12:09:38 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 21, 2004

**FILED**
DEC 27 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Before

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| KEVEN L. CARTER,<br>       Plaintiff-Appellant,<br><br>No. 04-2888           v.<br><br>ERIKA HOWARD, Chairman-Adjustment Committee, CLIFFORD VELLA, Correctional Officer, RICHARD D. ALLEN, Correctional Officer-Adjustment Committee, et al.,<br>       Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 C 1157<br>]<br>] Harold A. Baker,<br>]      Judge. |

    Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal,

    IT IS ORDERED that the motion for leave to proceed on appeal in forma pauperis is DENIED. *See Lee v. Clinton,* 209 F. 3d 1025 (7th Cir. 2000). Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). *See Newlin v. Helman,* 123 F. 3d 429, 434 (7th Cir. 1997).