E-FILED
Monday, 03 January, 2005  03:13:07 PM
Clerk, U.S. District Court, ILCD

FILED
JAN - 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
For The Central District of Illinois

KEVEN Carter,
   PLAINTIFF.

V.

ERIKA Howard et al.,
   Defendants.

CASE NO.
1:04 CV-1157

Page 1 of 3

## Motion For Reconsideration Of Appointment Of Counsel

Now comes the Plaintiff Keven Carter appearing pro se, moves this Honorable Court to reconsider his November 30, 2004 decision which denied the appointment of counsel for the Plaintiff.

In support of said motion he states that:

1. That he is the Plaintiff in the above legal matter with little general education and no legal knowledge to effectively litigate his civil claim without assistance of counsel. See <u>Whisenant v. Yuam</u> 739 F.2d at 163.

2. That due to the Plaintiff's transfer from Pontiac Correctional Center where his civil claim arised from, it would be very difficult without legal assistance from

(outside)
↑ Menard Correctional Center to effectively litigate his conspiracy claim against the Illinois Dept. of Corrections staff. See Gatson v. Coughlin 679 F.Supp. 270; e.g. Tabton v. Grace 6 F.3d at 156; Tucker v. Randall 948 F.2d 388; Tucker v. Dickey 613 F.Supp. 1124; and Abdullah v. Gunter 949 F.2d at 1036.

3. That due to the complexity and difficulty of showing an "conspiracy", appointed of counsel is necessary. See Jackson v. County of McLean 953 F.2d 1070.

4. That due to the plaintiff's disciplinary segregation status at Menard Correctional Center, he lacks readily access to law library and that he can show he doesn't understand the discovery procedures in a civil claim. See Rayes v. Johnson 969 F.2d at 703.

5. That this Honorable Court failed to take the plaintiff's claim as a pro se and to hold his complaint to less than stringent rules as a licensed attorney would be held and to hold his claim as true and that counsel is necessary otherwise he is being denied access to the courts for relief. See Bounds v. Smith 430 U.S. 817, 97 S.Ct. 1491,

Wherefore, the plaintiff Pray's that this honorable Court will set aside their ~~verdict~~ decision on November 30, 2004, Reschedule an video conference and appointment of counsel for the plaintiff.

Respectfully Submitted

*Keven L. Carter*
KEVEN L. CARTER

State of Illinois
County of Randolph

### AFFIDAVIT

I, Keven Carter, declare under the penalty of perjury pursuant to 28 USC 1746, that I am the plaintiff in the above legal matter, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief,

*Keven L. Carter*
Keven L. Carter Prose
IDOC Reg. R25659
Menard Correctional Center
P.O. Box 711
Menard, IL 62259