United States District Court
For The Central District of Illinois

| | |
|---|---|
| KEVEN CARTER,<br>  PLAINTIFF.<br><br>V.<br><br>ERIKA Howard et al.,<br>  DEFENDANTS. | CASE NO. 1:04CV-1157<br><br>**FILED**<br><br>Page 1 OF 3   JAN - 3 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

## Motion For Default Judgment

Now comes the Plaintiff Keven Carter Pro Se moves this Honorable Court for an order Pursuant to rule 55(b)(2) Fed. R. Civ. P. "Default Judgment", due to the defendant's failure to answer the Plaintiff's First Amendment Civil Claim by court's order of November 30, 2004 which gave due date of December 21, 2004.

In Support of this motion he states:

1. That he is the Plaintiff in the above Legal matter.
2. That as of December 21, 2004, the Plaintiff has not received an answer from the defendants as ordered by this court on November 30, 2004.
3. That due to the defendants failure to answer the Plaintiff's Civil Claim, He is entitled to relief Pursuant to Rule 7(b)(1) Fed. R. Civ. P.

Where the defendant's denied him his First Amendment right to religious services while in segregation for 5 month's without good reasons for such denial.

### Order Sought

The Plaintiff respectfully moves this Honorable Court for an order finding the defendants in Default of Judgment for failure to answer the Plaintiff civil claim within the time given by this Honorable Court.

The Plaintiff also request this Honorable Court for an "Inquest Hearing" to determine if any reward of damages would be necessary against each defendant.

Respectfully Submitted,

_Keven L. Carter_
KEVEN L. CARTER, Pro Se Plaintiff
#R25659
Menard Correctional Center
Menard, Illinois

Order is:

___ Denied

___ Granted

Date: _____

_____
U.S. District Judge
For Central District of Illinois

_____
Clerk Signature

STATE OF ILLINOIS
COUNTY OF RANDOLPH

## AFFIDAVIT

Pursuant to 28 USC 1746, I, Keven Carter, declare under Penalty of Perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

*Keven L. Carter*
KEVEN L. CARTER Pro Se
Menard Correctional Center
IDOC #R25659
P.O. Box 711
Menard, Illinois 62259