IN THE
U.S. District Court
Central District Illinois

Keven Carter )
Plaintiff, )
 )
v. ) Case No. 1:04 CV 1157
 )
Erica Howard et al., )
Defendant )

**FILED**
JAN - 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. Dist. Court
Central District of Ill.
Office of Clerk Room 309
Federal Building
100 N.E. Monroe
Peoria, Ill. 61602

TO: Lisa Madigan
Attorney General
Attn. Christopher Higgerson
500 S. Second Street
Springfield, IL 62706

TO: _____

TO: _____

PLEASE TAKE NOTICE that on December 17, 2004, I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Amended Sect. 1983 Complaint, Notice to Add New Defendants - 1 original, 1 copy to Clerk and 1 copy to Atty. General.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: December 17 2004

/s/ Keven L. Carter
NAME: Keven L. Carter
IDOC#: R25659
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

Revised July 2004