E-FILED
Wednesday, 05 January, 2005  08:45:29 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
### FOR DEFAULT JUDGMENT

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Illinois Attorney General Lisa Madigan, and respond to Plaintiff's Motion for Default Judgment, stating as follows:

1. Defendants filed an Answer to Plaintiff's Complaint with this Honorable Court on December 21, 2004. See Doc. 51. A copy of the Defendants' Answer was mailed to Plaintiff on December 21, 2004, by United States Postal Service.

2. Plaintiff filed his Motion for Default Judgment with this Honorable Court on January 3, 2005, stating he had not received an answer "as of December 21, 2004." See Doc. 55.

3. Service by mail is permitted under the Federal Rules, and "[s]ervice by mail is complete on mailing." Fed. R. Civ. P. 5(b)(2)(B) (2004).

4. Plaintiff's motion was premature as Defendants mailed their Answer to Plaintiff on December 21, 2004.

WHEREFORE, for the above-listed reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Motion for Default Judgment.

                Respectfully submitted,

                ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA,

                    Defendants,

                LISA MADIGAN, Attorney General
                State of Illinois,

Carrie K. Lacey, #6283318                Attorney for Defendants.
Assistant Attorney General
500 South Second Street                  BY:  s/Carrie K. Lacey
Springfield, IL 62706                        Carrie K. Lacey
217-557-0261                              Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

**Certificate of Service**

I hereby certify that on January 5, 2005, I electronically filed Defendants' Response to Plaintiff's Motion for Default Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on January 5, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us