# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**FILED**

**JAN 2 4 2005**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: January 12, 2005

By the Court:

No. 04-2888

KEVEN L. CARTER,
       Plaintiff - Appellant
  v.

ERIKA HOWARD, Chairman-Adjustment Committee, CLIFFORD VELLA, Correctional Officer, RICHARD D. ALLEN, Correctional Officer-Adjustment Committee, et al.,
       Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1157, Harold A. Baker, Judge

    The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on December 21, 2004 and was given 14 days to pay the $255.00 filing fee. The pro se appellant has not paid the $255.00 appellate fee. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $255.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fee from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

(1252-PLRA(g)-041299)

A True Copy:
Test:
*Eric Frost* (DEPUTY)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE:   January 12, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602

FROM:   Gino J. Agnello, Clerk

RE:     04-2888
        Carter, Keven L. v. Howard, Erika
        04 C 1157, Harold A. Baker, Judge

   Herewith is the mandate of this court in this appeal.
   A certified copy of the opinion/order of the court
   shall constitute the mandate.

   The record that was filed with this court in this cause
   will be returned at a later date.

   Copies of this notice sent to:        Counsel of record

   [ ]     United States Marshal

   [ ]     United States Probation Office


   Please acknowledge receipt of these documents on the enclosed copy
   of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   Received above mandate from the Clerk, U.S. Court of Appeals for
   the Seventh Circuit.

Date: _____     _____
(1203-052495)                            Deputy Clerk, U.S. District Court