# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

**Keven L. Carter**

    vs.                                                   Case Number:    **04-1157**

**Erika Howard, et al.**

<u>ORDER</u>

      Pursuant to the **1/24/05** mandate, in appellate case number **04-2888**, from the United States Court of Appeals, Seventh Circuit [59], the agency having custody of the plaintiff, **Keven L. Carter,** is directed to remit the appellate docketing fee of $255 from his prison trust fund account if such funds are available. If he does not have $255 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $255 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 24th day of January, 2005

                                                               s/Harold A. Baker
                                                             HAROLD A. BAKER
                                                             U.S. District Judge