# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604



**FILED**

JAN 2 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NOTICE OF RECORD RETURN

DATE: January 27, 2005

TO:  John M. Waters
     United States District Court
     Central District of Illinois
     Room 309
     100 N.E. Monroe Street
     Peoria, IL  61602


FROM:  Gino J. Agnello, Clerk

RE:  04-2888
     Carter, Keven L. v. Howard, Erika
     04 C 1157, Harold A. Baker, Judge


The mandate or agency closing letter in this cause issued on 01/12/05.

Returned herewith is the record which was transmitted to this court.

ENCLOSED:

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other: _____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

        Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit. **RECEIVED**

Date:  _____ JAN 2 8 2005 _____         S/ K. Burns
                                            _____
(1073-042591)   U.S. CLERK'S OFFICE          Deputy Clerk, U.S. District Court
                PEORIA, ILLINOIS             or Agency Representative