UNITED STATES DISTRICT COURT
For CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

E-FILED
Monday, 07 February, 2005 01:36:33 PM
Clerk, U.S. District Court, ILCD

FILED
FEB - 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Keven Carter,
    Plaintiff
vs.
Erika Howard, et. al.,
    Defendants.

CASE NO. 04-1157

## Plaintiff's Request for Production of Documents

Now comes the Plaintiff, Keven Carter, pursuant to rule 34, Fed. R. Civ. P. who respectfully requests that the defendants, through their counsel, produce the following documents listed herein within 30 day's, either by providing the Plaintiff with copies or by making them available to him for inspection and copying. The are:

1. Any and all grievances, complaints, or other documents received by the defendants or their agents at Pontiac Correctional Center concerning mistreatment of inmates by the defendants John Legnier, Sylvia Stamm, Erika Howard, Clifford Vella, and Richard Allen, Correctional officers, along with any memoranda, investigation files or other documents within the previous year (1 year of 12/26/03).

2. Any and all policies, directives, or instructions to staff at Pontiac Correctional Center concerning the writing of discipline reports.

State of Illinois
County of Randolph

Affidavit For Entry of Default Judgment

Pursuant to 28 USC 1746, I declare, under the penalty of perjury that: (1 of K.C.)

1. I am the Prose Plaintiff in the above civil matter.

2. That the defendants were served with a copy of the summons and complaint as it appears from the proof of service on file with the U.S. Marshal office.

3. That the defendants, through their counsel, have not filed, served an answer, or taken other action as may be permitted by law, although more than 6 months have passed since the date of service of the Plaintiff Complaint upon each defendant.

4. That he has read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Keven L. Carter
Keven L. Carter R25659
P.O. Box 711
Menard, IL. 62259
Date: February 4, 2005

UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**
FEB - 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Keven Carter,
   Plaintiff

vs.

Erika Howard, et. al.,
   Defendants.

Case No. 04-1157

## Plaintiff's Request for Production of Documents

Now comes the Plaintiff, Keven Carter, pursuant to rule 34, Fed. R. Civ. P. who respectfully requests that the defendants, through their counsel, produce the following documents listed herein within 30 day's, either by providing the Plaintiff with copies or by making them available to him for inspection and copying. The are:

1. Any and all grievances, complaints, or other documents received by the defendants or their agents at Pontiac Correctional Center concerning mistreatment of inmates by the defendants John Legnier, Sylvia Stamm, Erika Howard, Clifford Vella, and Richard Allen, Correctional Officers, along with any memoranda, investigation files or other documents within the previous year (1 year of 12/26/03).

2. Any and all policies, directives, or instructions to staff at Pontiac Correctional Center concerning the writting of discipline reports.

3. Any logs, lists, or other documentation reflecting grievances filed by inmates within 1 year of December 26, 2003 at Pontiac Correctional Center who have similar complaints regarding the violation of due process rights in the adjustment committee hearings held at Pontiac Correctional Center.

4. Any and all documents created by any Pontiac staff member in response to the grievances filed by the Plaintiff's K.C. after December 26, 2003, concerning his discipline segregation, denial of his first amendment rights, and being moved from MSU farm to protective custody.

5. Any logs, lists, or other documentation reflecting the investigation of the Plaintiff's grievance by internal affair which decided to move the Plaintiff to protective custody.

Respectfully Submitted
Keven L. Carter

KEVEN L. Carter R25659
Menard Correctional Center
P.O. Box 711
Menard, ILL. 62259
Date: February 4, 2005

Copy:
U.S. District Court,
Defendant's Counsel

February 4, 2006

Dear Clerk:

I mailed an amended complaint in case no. 04-1157 and motion to add certain defendant to my claim and not have fee not received response, which was around December 21, 2004. Also, I filed previous motion for default Judgment and have not receive response. I would like to find out why, so I can proceed with my claim.

I also need to find out how I can get copy of U.S. Marshal service of my complaint. Could you provide an address or who I would have to contact.

Respectfully Submitted
Keven L. Carter
KEVEN L. CARTER
R25659
Menard Correctional Center
P.O. Box 711
Menard, IL. 62259