E-FILED
Monday, 07 February, 2005 01:38:43 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KEVEN CARTER,
   Plaintiff,

vs.

ERIKA HOWARD, et.al.,
   Defendants.

CASE No. 04-1157

FILED COPY

## Motion For Default Judgment

The Plaintiff, Keven Carter moves this Honorable Court to enter an Default Judgment against the defendants for failing to answer Plaintiff's civil complaint and for damages to be determined by this court. He states:

1. That he is the Pro Se Plaintiff in the above legal matter.
2. That as of February 3, 2005, the Plaintiff has not received an answer by the defendants which the court set on November 30, 2004 for December 21, 2004 deadline.
3. That on February 3, 2005, the Plaintiff gave notice of his motion for default judgment to the defendants counsel by U.S. Mail.
4. That damages are being sought by the Plaintiff in this action.
5. That the defendants are not in the military service and have been given over 7 months to respond to his complaint within the time allowed by law.
6. That the defendants are causing delay of his civil complaint by not providing such answer so he can proceed with his claim.

State of Illinois

County of Randolph

## AFFIDAVIT

"Pursuant to 28 U.S.C. 1746, I declare, under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge."

*Keven L. Carter*
KEVEN L. Carter R25659
Menard Correctional Center
P.O. Box 711
Menard, Ill 62259

Date: February 3, 2005

## Order Sought

The Plaintiff respectfully moves this Honorable Court for an order finding the defendants in <u>default of Judgment</u> for failure to answer the Plaintiff's civil complaint within the time allowed by law.

The Plaintiff also request this Honorable Court for an "Inquest Hearing" to determine if any reward of damages would be necessary against each defendants.

Respectfully submitted,

*Keven L. Carter*

KEVEN L. CARTER
Pro Se Plaintiff

Order is:

\_\_\_\_\_ Granted

\_\_\_\_\_ Denied

Date: _____

_____        _____
Clerk                                       Judge