E-FILED
Monday, 07 February, 2005 01:46:24 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 0 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
for Central District of Illinois
Peoria Division

KEVEN CARTER,
    Plaintiff
vs.
Erika Howard, et.al.,
    Defendants.

CASE NO. 04-1157

## Notice of Motion for Default Judgment

To: The Defendants:

Please take notice that the Plaintiff has petition the Court, Peoria Division, as soon as he may be heard, for entry of a default judgment in favor of the Plaintiff and against you for damages to be determined by this Court for violating the December 21, 2004 Court deadline for your Answer to Plaintiff Civil Claim filed against you.

Respectfully Submitted

Keven L. Carter
KEVEN L. CARTER R25659
Menard Correctional Center
P.O. Box 711
Menard, Ill. 62259

Date: February 3, 2005