IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Illinois Attorney General Lisa Madigan, and respond to Plaintiff's Motion for Default Judgment filed February 7, 2005, stating as follows:

1. Defendants filed an Answer to Plaintiff's Complaint with this Honorable Court on December 21, 2004. See Doc. 51. A copy of the Defendants' Answer was mailed to Plaintiff on December 21, 2004, by United States Postal Service.

2. Plaintiff filed a Motion for Default Judgment with this Honorable Court on January 3, 2005, stating he had not received an answer "as of December 21, 2004." See Doc. 55.

3. Defendants filed a response to Plaintiff's January 3, 2005, Motion for Default Judgment on January 5, 2005. See Doc. 58.

4. Defendants noted in their response that service by mail is permitted under the Federal Rules, and "[s]ervice by mail is complete on mailing." Fed. R. Civ. P. 5(b)(2)(B)

(2004). Therefore, Defendants complied with the Order of this Honorable Court and with the Federal Rules when they mailed a copy of their Answer to Plaintiff on December 21, 2004, at his place of incarceration, Menard Correctional Center.

5. On February 7, 2005, Plaintiff filed another Motion for Default Judgment with this Court. See Doc. 63.

6. As Plaintiff maintains he still has not received a copy of Defendants' Answer, Defendants are mailing an additional copy of the Defendants' Answer to Plaintiff at Menard Correctional Center on February 14, 2005.

WHEREFORE, for the above-listed reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Motion for Default Judgment.

                                      Respectfully submitted,

                                      ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA,

                                      Defendants,

                                      LISA MADIGAN, Attorney General
State of Illinois,

Carrie K. Lacey, #6283318              Attorney for Defendants.
Assistant Attorney General
500 South Second Street                BY:  s/Carrie K. Lacey
Springfield, IL 62706                       Carrie K. Lacey
217-557-0261                                Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

## Certificate of Service

I hereby certify that on February 17, 2005, I electronically filed Defendants' Response to Plaintiff's Motion for Default Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on February 17, 2005, I mailed by United States Postal Service, the document to the following non-registered participant, along with a copy of Defendants' Answer filed December 21, 2004:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
clacey@atg.state.il.us