UNITED STATES DISTRICT COURT
For CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KEVEN CARTER,
    Plaintiff

VS.

ERIKA HOWARD, et. al.,
    Defendants.

CASE NO. 04-1157

ORIGINAL COURT COPY

FILED
MAR 29 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Request For Entry of Default Judgment

To: Clerk, U.S. District Court,
    For the Central District of Illinois
    Peoria Division

Will you please enter the default judgment against each defendant: Erika Howard, Clifford Vella, Richard Allen, and Roger E. Walker, Jr., for failure to plead or otherwise defend through their counsel, provided by the federal rules of civil procedure as appears from the attached affidavit of Keven Carter, pro se plaintiff.

Keven L. Carter
Keven L. Carter, R25659
Menard Correctional Center
P.O. Box 711
Menard, IL, 62259
Date: February 3, 2005

## Certificate of Service

Keven Carter, the pro se Plaintiff, hereby certifies that he has served handwritten copies of the foregoing "Plaintiff Request for Entry of default Judgment to the defendant's counsel:

Lisa Madigan
Attorney General of Illinois
Attn. Carrie Lacey, Asst. Attorney General
500 South Second Street
Springfield, IL. 62406

by causing a copy of same, in a correctly addressed legal envelope to be deposited in the Menard Correctional Center mailbox in Menard, Illinois on March 25, 2005.

_Keven L. Carter_
Keven L. Carter R25659
Plaintiff, pro se
Menard Correctional Center
P.O. Box 711
Menard, IL. 62259