United States District Court
For Central District of Illinois
Peoria Division

Keven Carter,
    Plaintiff              Case No. 04-1157

vs.

Erika Howard, et.al.,              Court Copy
    Defendants.

**FILED MAR 29 2005** — JOHN M. WATERS, Clerk, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS

## Notice of Motion for Default Judgment

TO: The Defendant's:

Please take notice that the Plaintiff has petition the court, ~~Peoprte~~ Peoria division, as soon as he may be heard, for entry of a default judgment in favor of the plaintiff and against you for damages to be determined by this court for violating the December 21, 2004 court deadline for your answer to plaintiff's civil claim filed against you.

Respectfully Submitted,

Keven L. Carter
Keven L. Carter R25659
Menard Correctional Center
P.O. Box 711
Menard, IL, 62259
Date: Febuary 3, 2005

STATE OF ILLINOIS
COUNTY OF RANDOLPH

## AFFIDAVIT

Page 5 of 5

I, KEVEN CARTER, the plaintiff in the above legal matter, hereby declare under the penalty of perjury, that he has read all of the facts contained therein, and they are true and correct to the best of his knowledge.

*Keven L. Carter*
KEVEN L. CARTER R25659
Pro Se Plaintiff

## Certificate of Service

Keven Carter, the Pro Se Plaintiff, hereby certifies that he has served an copy (Handwritten) of the foregoing "Notice of Motion For Default Judgment" to the defendant's Counsel:

LISA MADIGAN
Attorney General of Illinois
ATTN. Carrie Lacey, Asst. Attorney General
500 South Second Street
Springfield, IL. 62706

by causing an handwritten copy of same, in a correctly addressed legal envelope to be deposited in the Menard Correctional Center mailbox in Menard, Illinois on March 25, 2005.

Keven L. Carter
Keven L. Carter R25659
Plaintiff, Pro Se
Menard Correctional Center
P.O. Box 711
Menard, IL. 62259

STATE OF ILLINOIS
COUNTY OF RANDOLPH

## AFFIDAVIT

I, Keven L. Carter, the Plaintiff in case No. 04-1157 "Carter v. Howard", hereby declare that I have provided handwritten copies of his Motions, Notices, etc. which are true and correct to the best of my knowledge.

*Keven L. Carter*
Keven L. Carter R25659
Menard Correctional Center
P.O. Box 711
Menard, IL 62259
Date: March 11, 2005.

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Keven Carter )
Plaintiff, )
v. ) Case No. 04-1157
)
Erika Howard, et. al., )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: United States Dist. Court
Central Dist. of IL.
Clerk ~ Room 309
100 N.E. Monroe
Peoria, IL 61602

TO: LISA MADIGAN
Attorney General of Illinois
ATTN: Carrie Lacy, Asst. Atty. General
500 South Second Street
Springfield, IL 62706

TO: _____

TO: _____

PLEASE TAKE NOTICE that on March 25, 2005 I have placed the documents listed below in the institutional mail at Menard Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: Plaintiff's response to the Defendant's answer to complaint, Notice of motion for Default, Request for entry of Default, Plaintiff's response to Def. Answer to Default, Notice of Plaintiff Interogatories request, and Plaintiff Interrogatories

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: March 25, 2005

/s/ Keven L. Carter
NAME: Keven L. Carter
IDOC#: R25659
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

Revised July 2004