**E-FILED**

Tuesday, 29 March, 2005 11:10:39 AM
Clerk, U.S. District Court, ILCD

UNITED States DISTRICT Court

For The CENTral DISTRICT OF ILLINOIS

PEORIA DIVISION

Keven Carter,
   Plaintiff.

FILED

MAR 29 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
ENTRAL DISTRICT OF ILLINOI:

VS.

Erika Howard, et, al.,
   Defendants.

NO. 04-1157

Original

Page 1 of 2

## NOTICE For Deposition

TO: Erika Howard, Clifford Vella,
   James Allen, and Roger E. Walker, Jr.
   C/o Carrie Lacey
   Asstiant Attorney General
   500 South Second Street
   Springfield, ILLINOIS 62706

   You Are Hereby NOTified that Keven Carter, the Plaintiff Would Like to take an DISCOVERY DePOSition from you re-gardiNg your Part IN Violating my first Amendment right to excercise my religion Choice and Preference while IN Custody at Pontiac Correctional Center segregation from December 26, 2003 through May 26, 2004.

   The Plaintiff respectfully request that Your Counsel Set up an date and time which is convient for everyone. Due to my imprisonment, I request that this will take Place through Video Conference.

   The Plaintiff also respectfully request that your Counsel Provide the Name and address of the chaplain at Pontiac Correctional Center who was IN charged with religious Services, Etc. from December 26, 2003 through May 26, 2004.

The Plaintiff would also Like to take and discovery Deposition from the following Correctional officer's and the chief Administrative officer who had part in the Plaintiff being found guilty and Led to his violation of his first Amendment right of religion:

1. Correctional officer John Legnier.
2. Correctional officer Sylvia Stamm.
3. Grievance officer Jenifer Melvin.
4. Warden Stephen Mote.
5. Chaplain?

The Discovery Depositions are highly relevant from these officer's to his civil complaint. Their testimony will show that the inmate's first amendment rights are being denied at Pontiac Correctional center Segregation unit and to discredit the Defendant's claim of inmates receiving religious counseling and mentoring while in segregation unit.

The Plaintiff would Like some kind of response from the defendant's counsel within 14 day's of receipt of this Notice.

Respectfully Submitted,

Keven L. Carter

Keven L. Carter R25659
Menard Correctional Center
P.O. Box 711
Menard, IL, 62259
Date: march 25 2005

## Certificate of Service

I, Keven Carter, the Plaintiff, hereby certifies that I mailed an handwritten copy of the foregoing Notice "Disclosure" on the defendant's counsel:

LISA MADIGAN
Attorney General of Illinois
Attn. Carrie Lacey, Asst.
Attorney general
500 South Second Street
Springfield, IL. 62706

by placing an handwritten copy of Said, in a correctly address legal envelope, in the mailbox at menard Correctional Center, menard, Illinois to be delivered by regular U.S. mail on March 25, 2005.

Keven L. Carter
Keven L. Carter R25659
menard Correctional Center
P.O. Box 711
menard, IL, 62259