United States District Court
For The Central District of Illinois
Peoria Division

| | | |
|---|---|---|
| Keven Carter, Plaintiff, vs. Erika Howard, et.al., Defendant's. | FILED MAR 29 2005 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS | Case No. 04-1157 Original Page 1 of 1 |

## Disclosure

Now Comes the Plaintiff, Keven Carter, Pursuant to Fed.R.Civ.P. 26(a)(1), and moves the defendant's counsel to produce "The Name and if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity the pleadings, identifying the subjects of the defendant's claim of inmates receiving religious mentoring and counseling in Pontiac Correctional Centers Segregation."

Provide a copy of, or a description by category and location of, all documents, data, compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts of defendant's claim of religious counseling and mentoring while in segregation unit.

Respectfully Submitted,

Keven L. Carter

Keven L. Carter R25659
Menard Correctional Center
P.O. Box 711
Menard, IL 62259
Date: March 25, 2005