In The United States District Court
For The Central District of Illinois
Peoria Division

Keven Carter,
    Plaintiff,

vs.

Erika Howard, et.al.,
    Defendants.

No. 04-1157
Original Court Copy

FILED
MAR 29 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff's Response To Defendants Answer to Motion For Default Judgment

Now comes the plaintiff, Keven Carter, and moves this Honorable Court to grant his motion for default Judgment.

In support he states:

1. That this Honorable Court gave the defendants until December 21, 2004 to produce their answer to the complaint.

2. That on or about December 30, 2004 the plaintiff mailed his motion for default Judgment to the clerk and provided defendants counsel with copy, since they failed to give their answer by December 21, 2004 deadline.

3. That on or about December 23, 2004

Page 2 of 5

the plaintiff Provided 3 copies of his amended complaint to the court, 1 copy to the defendants counsel and an requested re-determination of denial of appointment of counsel.

4. That he added officer's John Legnier and Sylvia Stamm as defendants on his amended complaint on or about December 23, 2004.

5. That on or about January 10, 2005 the plaintiff received the defendants response to his motion for default Judgment.

6. That on Febuary 7, 2005, Plaintiff filed another motion for default Judgment because he still Never received an answer from defendants to his civil complaint against them.

7. The defendant's mailed an response to 2nd Motion for default Judgment and another copy of their answer to the Plaintiff on Febuary 14, 2005 which he received on Febuary 21, 2005 which is 60 day's Late from due date of December 21, 2004, which

Page 3 of 5

is not accepted by the Plaintiff.

8. The Plaintiff has no objection that service by mail is permitted under federal rules - Fed. R. Civ. P. 5(b)(2)(B)(2004), but the defendants didn't mail their answer's to the correct mailing address which is clearly stated on all Plaintiff request. They mailed it to:

    Keven L. Carter R25659
    Menard Correctional Center
    711 Kaskaskia Street
    Menard, IL. 62259

9. All inmate correspondences are to be sent to the P.O. Box Address, not Street Address at the Correctional Center due to the volume of mail the Center receives, and Counsel for the defendants is aware, or should be aware, of this.

    Keven L. Carter R25659
    Menard Correctional Center
    P.O. Box 711
    Menard, IL. 62259

10. That defendants answer's failed to include answer to Amended Complaint or his First Amendment

Page 4 of 5

Complaint.

Wherefore, the plaintiff request that the defendants counsel provide an mail receipt or other document to prove that their answer was mailed by the December 21, 2004, and to provide reason why they failed to mail their answer prior to due date so the plaintiff would receive their response before court deadline, otherwise he pray's that this Honorable Court will grant his motion for default Judgment and relief which he requested for against each defendant.

Respectfully Submitted,

Keven L. Carter
Keven L. Carter R25659
Menard Correctional Center
P.O. Box 711
Menard, IL. 62259
Date: March 11, 2005

State of Illinois
County of Randolph

## AFFIDAVIT

Page 5 of 5

I, Keven L. Carter, the Plaintiff in the above legal matter, hereby declare under the penalty of perjury, that he has read all of the facts contained therein, and they are true and correct to the best of his knowledge.

*Keven L. Carter*
Keven L. Carter R25659
Pro se Plaintiff

## Certificate of Service

Keven Carter, the pro se Plaintiff, hereby certifies that he has served an copy of the foregoing (Handwritten) "Plaintiff's response to Defendant's Answer to motion for default Judgment" to the defendant's counsel:

   LISA MADIGAN
   Attorney General of Illinois
   ATTN. Carrie Lacey, Asst. Attorney
       General
   500 South Second Street
   Springfield, IL. 62706

by causing a copy of same, in a correctly addressed legal envelope to be deposited in the Menard Correctional Center mailbox in Menard, Illinois on March 25, 2005.

   Keven L. Carter
   Men Keven L. Carter R25659
   Menard Correctional Center
   P.O. Box 711
   Menard, IL. 62259