E-FILED
Tuesday, 29 March, 2005  11:19:46 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## For The Central District of Illinois
### Peoria Division

| | | |
|---|---|---|
| KEVEN CARTER,<br>Plaintiff.<br><br>VS.<br><br>Erika Howard, et al.,<br>Defendants. | **FILED**<br>MAR 29 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS | CASE NO. 04-1157<br><br>Original<br><br>Page 1 of 2 |

## Motion To Compel Discovery

Now comes the Plaintiff, Keven Carter, pursuant to rules 34(b) and 37(a) Fed. R. Civ. P., which he respectfully moves this Honorable Court for an order compelling the defendants to produce for inspection and copying the documents requested on or about February 6, 2005.

In support he states:

1. That he is the Pro Se Plaintiff in the above legal matter.
2. That on or about February 6, 2005, he served the defendant's counsel for production of all documents and copying in his interrogatories motion which is included with this motion.
3. That on March 15, 2005, the Plaintiff received the defendants response to such motions as "we object on the grounds of relevance" to all of his interrogatories 1-20.
4. That the objections by the Defendants on the ground of relevance has no merit, as set forth in the brief accompanying this motion.

5. That the Plaintiff's interrogatories No. 1-20 are relevant to show that the defendants were not impartial in finding the Plaintiff guilty, and is part of an conspiracy in the Illinois Department of Corrections by making up false charges against inmates and with callous, disrespectfullness toward the inmates Due Process rights which led to the Plaintiff being sentenced to Discipline Segregation which led to his denial of his 1st Amendment right to religious services and Freedom of Speech.

Wherefore, the Plaintiff Pray's that this Honorable Court will set an order for the Defendants to Produce the documents as he requested them to do for inspection and copying as the Court see's fit.

Respectfully Submitted,

_Keven L. Carter_
Keven L. Carter R25659
Menard Correctional Center
P.O. Box 711
Menard, IL. 62259

STATE OF ILLINOIS
COUNTY OF RANDOLPH

### AFFIDAVIT

"Pursuant to 28 USC 1746, I declare under the penalty of perjury, that I am the Plaintiff in the above legal action, that I have read the above documents and that the information contained therein is true and correct to the best of my knowledge".

_Keven L. Carter_
Keven L. Carter R25659
Plaintiff, Pro Se

## Certificate of Service

Keven Carter, the Pro Se Plaintiff, hereby certifies that he has served an copy of the foregoing plaintiff motion to compel discovery from the defendant's counsel upon: (Brief)

> LISA MADIGAN
> Attorney General of Illinois
> ATTN: Carrie Lacey, Asst. Attorney General
> 500 South Second Street
> Springfield, IL. 62706

by causing a copy of same, in a correctly addressed legal envelope, to be deposited in the Menard Correctional Institute mailbox in Menard, Illinois on March 25, 2005.

_Keven L. Carter_
Keven L. Carter R25659
Plaintiff, Pro Se
Menard Correctional Center
P.O. Box 711
Menard, Illinois 62259