E-FILED
Tuesday, 29 March, 2005 11:25:02 AM
Clerk, U.S. District Court, ILCD

United States District Court
For The Central District
Peoria Division

Keven Carter,
Plaintiff

vs.

Erika Howard, et. al.,
Defendants.

No. 04-1157
Original Court Copy

RECEIVED
MAR 29 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## NOTICE

To: Lisa Madigan
Attorney General
Attn. Carrie Lacey
500 South Second Street
Springfield, IL. 62706

Date: March 5, 2005

You are hereby Notified that on or about Febuary 6, 2005, the Plaintiff mailed you an copy of "Plaintiff's Interrogatories and request for production of documents" and expects them from you by March 16, 2005, or an answer why you should not provide the information to him.

You are also Notified that if you fail to provide an response, he will petition the court for an answer pursuant to rules 34(b) and 37(a) Fed. R. Civ. P. to compel you

over —

<u>Certificate of Service</u>

Keven Carter, the Pro se Plaintiff, hereby certifies that he has served an copy of the foregoing (handwritten) to the defendant's Counsel: "Notice of Interrogatories".

Lisa Madigan
Attorney General of Illinois
Attn. Carrie Lacey, Asst. Attorney General
500 South Second Street
Springfield, IL. 62706

by causing an handwritten copy of same, in a correctly addressed legal envelope to be deposited in the Menard Correctional Center mailbox in Menard, Illinois on March 25, 2005.

_Keven L. Carter_
Keven L. Carter R25659
Plaintiff Pro se
Menard Correctional Center
P.O. Box 711
Menard, Ill. 62259

to produce the discovery to proceed with his civil claim against the defendants.

Respectfully Submitted,

Keven L. Carter
Keven L. Carter R25659
Menard Correctional Center
P.O. Box 711
Menard, IL 62259
Pro Se Plaintiff