**E-FILED**
Friday, 08 April, 2005  02:16:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KEVEN L. CARTER, R25659          )
                                 )
      Plaintiff,                  )
                                 )
  vs.                             )          No. 04-1157
                                 )
ERIKA R. HOWARD, CLIFFORD VELLA,  )
RICHARD ALLEN, DOUGLAS CRAVENS, )
ROGER E. WALKER JR.,             )
                                 )
      Defendants.                 )

## DEFENDANTS' RESPONSE TO PLAINTIFF'S THIRD MOTION FOR DEFAULT JUDGMENT

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Illinois Attorney General Lisa Madigan, and respond to Plaintiff's Motion for Default Judgment filed March 29, 2005, stating as follows:

1.    Defendants filed an Answer to Plaintiff's Complaint with this Honorable Court on December 21, 2004.  See Doc. 51.  A copy of the Defendants' Answer was mailed to Plaintiff on December 21, 2004, by United States Postal Service.

2.    Plaintiff filed a Motion for Default Judgment with this Honorable Court on January 3, 2005, stating he had not received an answer "as of December 21, 2004." See Doc. 55.

3.    Defendants filed a response to Plaintiff's January 3, 2005, Motion for Default Judgment on January 5, 2005.  See Doc. 58.

4.    Defendants noted in their response that service by mail is permitted under the Federal Rules, and "[s]ervice by mail is complete on mailing." Fed. R. Civ. P. 5(b)(2)(B)

(2004). Therefore, Defendants complied with the Order of this Honorable Court and with the Federal Rules when they mailed a copy of their Answer to Plaintiff on December 21, 2004, at his place of incarceration, Menard Correctional Center.

5.    On February 7, 2005, Plaintiff filed another Motion for Default Judgment with this Court. See Doc. 63.

6.    Defendants responded to this Motion for Default Judgment and provided a duplicate copy of Defendants' Answer, which was originally mailed December 21, 2004, to Plaintiff along with their February 14, 2005, response.

7.    Plaintiff has now filed a third Motion for Default Judgment on March 29, 2005, again seeking an entry of Default Judgment against Defendants. This request is improper as Defendants answered Plaintiff's Complaint within the time allotted under the Federal Rules.

WHEREFORE, for the above-listed reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Motion for Default Judgment.

Respectfully submitted,

ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Carrie K. Lacey, #6283318                  Attorney for Defendants.
Assistant Attorney General
500 South Second Street            BY:  s/Carrie K. Lacey
Springfield, IL 62706                       Carrie K. Lacey
217-557-0261                                   Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

KEVEN L. CARTER, R25659      )
                                            )
        Plaintiff,           )
                                            )
      vs.                 )        No. 04-1157
                                            )
ERIKA R. HOWARD, CLIFFORD VELLA,  )
RICHARD ALLEN, DOUGLAS CRAVENS, )
ROGER E. WALKER JR.,          )
                                            )
        Defendants.       )

---

### Certificate of Service

I hereby certify that on April 8, 2005, I electronically filed Defendants' Response to Plaintiff's Third Motion for Default Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on April 8, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us