IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEVEN L. CARTER, R25659 )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERIKA R. HOWARD, CLIFFORD VELLA, )<br>RICHARD ALLEN, DOUGLAS CRAVENS, )<br>ROGER E. WALKER JR., )<br>)<br>Defendants. ) | No. 04-1157 |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE FOR DEPOSITION

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Illinois Attorney General Lisa Madigan, and respond to Plaintiff's Notice for Deposition, stating as follows:

1.  Plaintiff filed a Notice for Deposition with this Honorable Court on March 29, 2005. The notice is captioned as a "Motion for Order for Deposition" and appears to seek judicial intervention for Plaintiff to conduct depositions.

2.  Defendants have no objection to Plaintiff conducting depositions in accordance with Rule 30 of the Federal Rules of Civil Procedure.

3.  Rule 30 provides that the party desiring to take the deposition "shall give reasonable notice in writing" and "shall bear the cost of the recording." Fed. R. Civ. P. 30(b)(1)-(2). Thus, Plaintiff will need to make the necessary arrangements for a court reporter, provide notice, and cover the costs of the depositions.

4.  Leave of court is unnecessary, as the persons Plaintiff seeks to depose are not confined in prison and no prior depositions have been conducted.

WHEREFORE, for the above-listed reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Notice for Deposition, as Defendants are willing to cooperate with Plaintiff's requests for depositions, provided they are conducted in accordance with Rule 30.

Respectfully submitted,

ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants.

Carrie K. Lacey, #6283318
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
217-557-0261

BY:  s/Carrie K. Lacey
     Carrie K. Lacey
     Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, RICHARD ALLEN, DOUGLAS CRAVENS, ROGER E. WALKER JR., | ) ) ) ) | |
| Defendants. | ) | |

**Certificate of Service**

I hereby certify that on April 8, 2005, I electronically filed Defendants' Response to Plaintiff's Notice for Deposition with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on April 8, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us