E-FILED
Friday, 08 April, 2005 02:34:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEVEN L. CARTER, R25659 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-1157 |
| ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, ) | |
| ROGER E. WALKER JR., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' RESPONSE TO
## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Illinois Attorney General Lisa Madigan, and respond to Plaintiff's Motion to Compel Discovery, stating as follows:

1. Plaintiff served Defendants with two discovery requests in this matter: Plaintiff's Interrogatories and Request for Production of Documents, and Plaintiff's Request for Production of Documents.

2. Defendants provided timely responses to these discovery requests, including 35 pages of documents.

3. Defendants also objected to many of these requests on the grounds of relevance. Specifically, Plaintiff sought information in his discovery requests that pertains to claims that were dismissed from the litigation.

4. Plaintiff may obtain discovery "regarding any matter, not privileged, that is relevant to the claim or defense of any party . . . " Fed. R. Civ. P. 26(b)(1).

5. The only claim remaining in this case after the June 29, 2004, Order is a First Amendment claim alleging Plaintiff was denied access to religious services. Therefore, only information sought with respect to Plaintiff's First Amendment claim is relevant for discovery purposes.

6. To the extent Plaintiff requested information regarding his First Amendment claim alleging he was denied access to religious services, Defendants provided responses and relevant documentation, including copies of grievances Plaintiff filed.

7. The information Plaintiff seeks in his Motion to Compel Discovery is not relevant to the claim remaining in the litigation.

WHEREFORE, for the above-listed reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Motion to Compel Discovery.

Respectfully submitted,

ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Carrie K. Lacey, #6283318
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
217-557-0261

Attorney for Defendants.

BY: s/Carrie K. Lacey
Carrie K. Lacey
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

**Certificate of Service**

    I hereby certify that on April 8, 2005, I electronically filed Defendants' Response to Plaintiff's Motion to Compel Discovery with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on April 8, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
clacey@atg.state.il.us