E-FILED
Tuesday, 12 April, 2005  01:08:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEVEN L. CARTER, R25659 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-1157 |
| ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, ) | |
| ROGER E. WALKER JR., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA, by and through their attorney, Illinois Attorney General Lisa Madigan, and respond to Plaintiff's Motion to Compel Disclosure, stating as follows:

1. Plaintiff served Defendants with two discovery requests in this matter, and Defendants provided timely responses to these discovery requests, including objections.

2. In a motion filed March 29, 2005, Plaintiff now seeks to compel initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. See Doc. 69.

3. As Plaintiff is a *pro se* inmate, Defendants are not subject to the initial disclosure requirement of Rule 26(a)(1). Rule 26 provides that actions "brought without counsel by a person in custody of the United States, a state, or a state subdivision" are exempt from initial disclosure. Fed. R. Civ. P. 26(a)(1)(E)(iii).

4. Consequently, Plaintiff is not entitled to receive Rule 26(a) disclosures from the Defendants.

WHEREFORE, for the above-listed reasons, Defendants respectfully request this Honorable Court deny Plaintiff's Motion to Compel Disclosure.

Respectfully submitted,

ROGER E. WALKER JR., ERIKA HOWARD, RICHARD ALLEN, and CLIFFORD VELA,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

By: s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
clacey@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

**Certificate of Service**

I hereby certify that on April 12, 2005, I electronically filed Defendants' Response to Plaintiff's Motion to Compel Disclosure with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on April 12, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us