RECEIVED JAN - 3 2005 U.S. CLERK'S OFFICE PEORIA, ILLINOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

KEVEN Carter
_____
           Plaintiff            )
                                )
           vs.                  ) Case No. 1:04 CV 1157
                                )
ERIKA Howard, Et. al.,          )
_____         )
_____         )
_____         )
           Defendant(s)         )

FILED JUN 21 2005

"AMENDED" COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, KEVEN Carter, and states as follows:

**My current address is:** MENARD Correctional Center P.O. Box 711 MENARD, IL. 62259

The defendant ERIKA Howard, is employed as Chairperson Adjustment Committee at PONTIAC Correctional Center

The defendant CLIFFORD Vella, is employed as Correctional Officer at PONTIAC Correctional Center

The defendant **Richard Allen**, is employed as **Correctional Officer** at **Pontiac Correctional Center**

The defendant **Douglas Cravens** is employed as **ADM. Review Board** at **Ill. Dept. of Corrections**

(revised 9/96)

The defendant **Roger E. Walker, Jr.**, is employed as **Director** at **Ill. Dept. of Corrections**

"NEW" DEFENDANTS
Additional defendants and addresses **See Page 4**

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ■

If yes, please describe

**N/A**

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ■   No ☐

C. If your answer to B is yes, how many? **2** Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) **Keven Carter**

   Defendant(s) **Det. Rocko Wagner, Kunal Kalkarni - Public Defender**

2. Court (if federal court, give name of district; if state court, give name of county)
   **U.S. Dist. Court for Northern Ill. Rockford, Ill.**

3. **Docket Number/Judge**

   UNKNOWN  Judge Philip reinHard

4. **Basic claim made**

   FAlSe Arrest / InneFFective Assist. of Counsel

5. **Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)**

   Dismissed

6. **Approximate date of filing of lawsuit** November 2002 (or october)

7. **Approximate date of disposition**

   December 2002

For additional cases, provide the above information in the same format on a separate page. See Page 4

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**

A. Is there a grievance procedure available at your institution?   Yes ■   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ■  No ☐   If your answer is no, explain why not

C. Is the grievance process completed?   Yes ■   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

NEW DEFENDANTS

1. John Legnier   Correctional Officer at Pontiac Correctional Center. (Officer who wrote report)
2. Sylvia Stamm   Correctional Officer at Pontiac Correctional Center. (Officer who wrote Report)
3. Jennifer Melvin   Grievance Officer at Pontiac Correctional Center.

ADDITIONAL LAWSUITS

1. Keven Carter Plaintiff
   Winnebago County Jail, et al., Defendants
2. U.S. Dist., Northern Ill., Rockford, Ill.
3. Judge Philip Reinhard
   Docket No. 3:04-cv 50312
4. Still Pending (Personal Injury)
5. Still Pending
6. June 2004
7. Still Pending

## STATEMENT OF CLAIM

Place of the occurrence  PONTIAC Correctional Center
Date of the occurrence  PONTIAC, ILLINOIS JANUARY 1, 8, 2004
Witnesses to the occurrence  Cellmate in SPC #751

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.*
*Unrelated claims should be raised in a separate civil action.*
**THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.**

After this offender (Plaintiff) received Discipline Reports on 12/26/03, he appeared in front of Adjustment Committee on Jan. 1 And 8 2004 where he verbally Requested an continuance so he can prepare an Defense to the Discipline charges but Chair Person Howard denied it as untimely. The Plaintiff was deprived of writting supplies so he could ask for continuance Prior to January 1, 2004 hearing. The Adjustment Committee Found him guilty without allowing him to Provide Evidence to Prove his Innocence. The Plaintiff Filed Grievance with Grievance officer complaining of No religious services in violation of his 1st Amendment rights, that he was denied an continuance to prepare an Defense, And that he was deprived of his Life, Liberty And Property for 5 months while in segregation. The Grievance Office Failed to conduct an ~~hea~~ Investigation Into his continuance Denial by the Adjust. committee. The Grievance Office denied his Grievance. The Plaintiff ~~them~~ complained to the Adm. Review board for Relief but they denied it without an Formal Hearing or Any Investigation into the Plaintiff Grievance of Denial of Continuance. ~~The~~ The Defendants Are Part of an conspiracy were they joined together by Denying

his grievance and by preventing him an opportunity to provide evidence to prove his innocence. The defendants did not conduct an fact finding hearing to allow the plaintiff to prove his innocence. The Adjust committee final summary report fails to show the plaintiff's verbal request to have continuance so he could have witnesses called and to provide the reason why such request was denied. ~~The summary Report should give~~ The Director of the Ill. Dept of Corrections along with Douglas Cravens prevented the plaintiff from formal hearing where he would have opportunity to show why his grievance should be granted. Officer Legnier and officer Stamm wrote up discipline charges to find the plaintiff guilty, knowing they are false.

      END OF COMPLAINT

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

The plaintiff wants this court to allow his lawsuit be heard by Jury - 12 Impartial people and then decided if his Due Process rights have been violated. If the Jury finds cause to proceed, to have both Discipline Reports expunged from his prison record, to be compensated for lost prison wages of $150.00 and Punitive Damages for being held in Segregation Unit for 5 Months - "Life, Liberty and Property", and compensated for violation of 1st Amendment rights.

**JURY DEMAND**      Yes ☒    No ☐

Signed this \_\_\_\_2Nd\_\_\_\_ day of \_\_\_\_December\_\_\_\_,
k,c, ~~19~~ 2004.

Keven L. Carter
*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| KEVEN CARTER | R25659 |
| Address: P.O. BOX 711 MENARD, ILL. 62259 | Telephone Number: UNKNOWN |