## UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

KEVEN CARTER, PLAINTIFF

v.

ERIKA HOWARD, ET. AL.,
DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:04 CV 1157

TO: (Name and address of Defendant)

Jennifer Melvin, Grievance Officer
% Pontiac Correctional Center
P.O. 99 P.O. Box 99 / 700 W. Lincoln Street
Pontiac, Illinois 61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Keven Carter, Pro Se
IDOC # R25659
Menard Correctional Center
P.O. Box 711
Menard, IL. 62259

an answer to the complaint which is served on you with this summons, within ___~~30~~ 60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_                            _6/21/05_
CLERK                                        DATE

s/M. Leininger
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                   Date                              Signature of Server

                                        _____
                                        Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.