E-FILED
Tuesday, 12 July, 2005 02:35:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| KEVEN L. CARTER, R25659 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-1157 |
| | ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, | ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, | ) | |
| ROGER E. WALKER JR., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

NOW COME the Defendants, ROGER E. WALKER JR., ERIKA HOWARD, and CLIFFORD VELA, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby answer and raise affirmative defenses against the allegations in the Plaintiff's Complaint, stating as follows:

### STATEMENT OF CLAIM[1]

1. Allegation
   After this offender [Plaintiff] received discipline reports on 12/26/03, he appeared in front of Adjustment Committee January 1 and January 8, 2004, where he verbally requested a continuance so he can prepare a defense to the discipline charges but Chairperson Howard denied it as untimely (sic).

   **Answer**
   Defendants admit Plaintiff appeared before the Adjustment Committee on January 1 and January 8, 2004, regarding disciplinary reports dated December 26, 2003. Defendants lack sufficient information to admit or deny the remaining allegations contained in this paragraph.

2. Allegation
   The Plaintiff was deprived of writing supplies so he could ask for continuance prior to January 1, 2004 hearing (sic).
   **Answer**

---

[1] Plaintiff's complaint does not contain numbered paragraphs throughout. For reference purposes, the answer has been organized into consecutively numbered paragraphs.

      Defendants lack sufficient information to admit or deny the allegations contained in this paragraph.

3. **Allegation**
   The Adjustment Committee found him guilty without allowing him to provide evidence to prove his innocence.

   **Answer**
   Defendants admit Plaintiff was found guilty of the charges in the January 1 and January 8, 2004, hearings. Defendant deny the allegation that Plaintiff was denied an opportunity to present evidence on his behalf.

4. **Allegation**
   The Plaintiff filed grievance with Grievance Officer complaining of no religious services in violation of his First Amendment rights, that he was denied a continuance to prepare a defense, and that he was deprived of his life, liberty, and property for 5 months while in segregation.

   **Answer**
   Defendants admit Plaintiff's master file contains a letter to the Adjustment Council dated January 29, 2004, stating that Plaintiff could no longer attend religious services based on his placement in segregation, and seeking his release from segregation. Defendants admit Plaintiff filed a grievance dated January 13, 2004, stating "I never had the chance to call my cellmate from #751 nor the officer in cage to prove my story since I had no writting (sic) supplies to request it or to staff assist me in my defense" and filed a grievance dated January 30, 2004, alleging he "didn't realize that I could ask for continuance due to not having writting (sic) supplies to prepare defense." Defendants deny the allegation that Plaintiff alleged he was denied a continuance to prepare a defense. Defendants lack sufficient information to admit or deny the remaining allegations contained in this paragraph.

5. **Allegation**
   The Grievance Officer failed to conduct an investigation into his continuance denial by the Adjustment Committee.

   **Answer**
   Defendants deny the allegations contained in this paragraph.

6. **Allegation**
   The grievance office denied his grievance.

   **Answer**
   Defendants admit that Plaintiff's grievances concerning the December 26, 2003, disciplinary reports were denied.

7. Allegation
The Plaintiff complained to the Administrative Review Board for relief but they denied it without a formal hearing or any investigation into the Plaintiff grievance of denial of continuance (sic).

**Answer**
Defendants admit Plaintiff did not have a formal hearing before the Administrative Review Board on Plaintiff's appeal of his grievance concerning his December 26, 2003, disciplinary reports. Defendants deny the remaining allegations contained in this paragraph.

8. Allegation
The Defendants are part of an (sic) conspiracy were (sic) they joined together by denying [Plaintiff's] grievance and by preventing [Plaintiff] an opportunity to provide evidence to prove his innocence.

**Answer**
Defendants deny the allegations contained in this paragraph.

9. Allegation
The Defendants did not conduct an (sic) fact finding hearing to allow the Plaintiff to prove his innocence.

**Answer**
Defendants deny the allegations contained in this paragraph.

10. Allegation
The Adjustment Committee Final Summary Report fails to show the Plaintiff's verbal request to have continuance so he could have witnesses called and to provide the reason why such request was denied.

**Answer**
Defendants admit that the Adjustment Committee Final Summary Reports from January 1, 2004, and January 8, 2004, do not indicate Plaintiff requested a continuance. Defendant Howard denies the allegation that Plaintiff requested a continuance. Defendants Walker and Vela lack sufficient information to admit or deny whether Plaintiff requested such a continuance.

11. Allegation
The Director of the Illinois Department of Corrections along with Douglas Cravens prevented the Plaintiff from formal hearing where he would have opportunity to show why his grievance should be granted.

**Answer**
Defendant Walker admits that Plaintiff did not have a formal hearing before the Administrative Review Board on Plaintiff's appeal of his grievance concerning his

December 26, 2003, disciplinary reports.  Defendant Walker denies the implied allegation that the lack of a formal hearing before the Administrative Review Board violated Plaintiff's due process rights.

12.  Allegation
Officer Legnier and Officer Stamm wrote up discipline charges to find the Plaintiff guilty, knowing they are false.

**Answer**
Officers Legnier and Stamm were dismissed from the litigation (see June 21, 2005, Order).  To the extent an answer is required, Defendants lack sufficient information to admit or deny the allegations contained in this paragraph.

## RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief in this cause of action.

## AFFIRMATIVE DEFENSES

**Defense No. 1.**    At all times relevant herein, Defendants acted in good faith in the performance of official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit for damages by the doctrine of qualified immunity.

**Defense No. 2.**    Plaintiff has alleged no physical injury in this matter and is therefore barred from recovering mental or emotional damages pursuant to 42 U.S.C. § 1997e(e).

Respectfully submitted,

ROGER E. WALKER JR., ERIKA HOWARD, and CLIFFORD VELA,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

  s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us

4

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| KEVEN L. CARTER, R25659 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-1157 |
| ) | |
| ERIKA R. HOWARD, CLIFFORD VELLA, ) | |
| RICHARD ALLEN, DOUGLAS CRAVENS, ) | |
| ROGER E. WALKER JR., ) | |
| ) | |
| Defendants. ) | |

_____

**Certificate of Service**

I hereby certify that on July 12, 2005, I electronically filed an Answer and Affirmative Defenses to Plaintiff's Amended Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that on July 12, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

Keven L. Carter, #R-25659
Menard Correctional Center
711 Kaskaskia Street
Menard, IL 62259

Respectfully submitted,

 s/Carrie K. Lacey
Carrie K. Lacey, #6283318
Attorney for Defendants
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 557-0261
Facsimile:  (217) 524-5091
clacey@atg.state.il.us