United States District Court
For The Central District of Illinois
Peoria Division

E-FILED
Thursday, 02 March, 2006 10:44:46 AM
Clerk, U.S. District Court, ILCD

FILED
MAR - 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Keven L. Carter #R25659
    Plaintiff,

vs-

Erika Howard, et.al.,
    Defendants.

No. 04-1157

# Motion For Appointment of Standby Counsel

Now comes the Plaintiff, Keven Carter, appearing Pro Se and moves this Honorable Court to appoint him stand by counsel in this matter.

In support he states:

1. That this case has been going nowhere for the past 2 years due to the factual and legal complexity of this case.

2. That due to the Plaintiff's imprisonment he doesn't receive adequate access to legal materials to research case laws to support

his 1st Amendment Claim that is pending before this Honorable Court.

3. That due to his imprisonment he is unable to conduct his discovery pursuant to Fed. R. Civ. P. Rules 26-37 and assistance of Stand by Counsel would assist the Court without any more delays.

4. That the Plaintiff is considered an Lay-Person with no civil legal experience to proceed any further in this case.

5. That the Plaintiff has an negative balance of $-180.00 in his prison trust fund where he is unable to hire an attorney in this matter.

Wherefore the Plaintiff Keven Carter, Pro se, Pray's that this Honorable Court will appoint Stand by Counsel for him pursuant to People v. Gibson 556 N.E.2d 226; People v. Redmond 637 N.E.2d 536.

Respectfully Submitted,

Keven L. Carter

Keven L. Carter # R25659
Menard Correctional Ctr.
P.O. Box 711
Menard, IL. 62259
Date: February 28, 2006
Plaintiff, Pro se.

United States District Court
For The Central District of Illinois
Peoria Division

| | |
|---|---|
| Keven L. Carter, #R25659,<br>Plaintiff,<br>vs.<br>Erika Howard, et.al.,<br>Defendants. | No. 04-1157 |

## Proof of Service

To: Carie Lacey
Asst. Attorney General
500 South Second St.
Springfield, IL. 62706

To: United States District Court
Central District of Illinois
Peoria Division, Clerk of Court
305 Federal Bldg. 100 N.E. Monroe
Peoria, IL. 61602

Please Take Notice that on February 28, 2006, I have placed the documents listed below in the institutional mail at Menard Correctional Center properly addressed to the parties listed above for mailing through the United States Postal Service: "Motion For Appointment of Standby Counsel".

Pursuant to 28 U.S.C. 1746 I declare under penalty of perjury, that I am the Plaintiff in the above action, that I have read the above documents and that the

Information contained therein is true and correct to the best of my knowledge.

Date: February 28, 2006

*Keven L. Carter*
Keven L. Carter # R25659
Plaintiff, Pro Se.
Menard Correctional Ctr.
P.O. Box 711
Menard, IL. 62259