E-FILED
Tuesday, 28 March, 2006 03:14:15 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

**FILED**
MAR 28 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Keven Carter, Plaintiff, -vs- Erika Howard, et. al., Defendants. | Case No. 04 C 1157 |

## Notification

Date: March 22, 2006

To: U.S. District Court Clerk

Re: Change of Address

Please take notice that on March 8, 2006, the Plaintiff, Keven Carter was transfered from <u>Menard Correctional Center</u> to <u>Big Muddy River Correctional Center</u>.

The mailing address at his new Correctional Center is:

Keven L. Carter #R25659
Big Muddy River
Correctional Center

P.O. Box 900
INA, Illinois 62846

If you would kindly make the New Correctional Center change with new address, he would really appreciate it so he will receive all future Court orders etc. in the above entitled Cause so the Court won't dismiss his civil Complaint.

He would also like an Civil Docket sheet so he will K.C. know that this was filed and that his trust fund money is being applied toward the filing fee in this Cause.

Respectfully Submitted,

Keven L. Carter
_____
Keven L. Carter # R25659
Plaintiff, Pro se.
Big muddy River
Correctional Center
P.O. Box 900
INA, Illinois 62846

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Keven Carter, Plaintiff, -VS- Erika Howard, et. al., Defendants. | Case No. 04C1157 |

## Proof of Service

To: U.S. District Court
Central District of Illinois
Office of the Clerk Room #309
100 N.E. Monroe
Peoria, IL. 61602

To: Lisa Madigan
Attorney General of Ill.
Attn:
500 S. Second St.
Springfield, IL.

Please take notice that on March 2, 2006 I have placed the following documents listed below in the institutional mail at Big Muddy River Correctional Center properly addressed to the parties listed above for mailing through the United States Postal Service: "Notification of Transfer to New Correctional Center and New mailing address."

Pursuant to 28 USC 1746 I declare under the Penalty of Perjury that I am the Plaintiff in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: March 22, 2006

Keven L. Carter
Keven L. Carter #R25659
Big Muddy River
Correctional Center
P.O. Box 900
INA, Illinois 62846