United States District Court

Central District of Illinois

Peoria Division

**FILED**
MAY 22 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Keven L. Carter,

    Plaintiff,

vs.

Erika Howard, et. al.,

    Defendant's.

Case No. 04 C 1157

## Motion For Appointment of Standby Counsel

Now Comes the Plaintiff, Keven Carter, appearing Pro se, and moves this Honorable Court for an order appointing Stand by Counsel in this Matter.

In Support he States:

1. That this case has been going no where

for the Past 2 years due to the factual and legal complexity of this case, and the Plaintiff being considered an Layman.

2. That due to the Plaintiff's imprisonment he doesn't receive adequate access to Law Library materials to support his 1st Amendment Claim that is Pending before this Honorable Court.

3. That due to his imprisonment he is unable to conduct his discovery Pursuant to Fed. R. Civ. P. Rules 26-37 and assistance of Standby Counsel would assist the Court to Move Forward with no Delays.

4. The Plaintiff lacks civil experience to litigate this action, and denial of atleast Standby Counsel would be Prejudicial by the Court toward the Plaintiff's Complaint.

5. The Plaintiff has an Negative Balance of $400.00 in his Prison trust fund is unable to Pay somebody to assist him in this Matter.

Wherefore, the Plaintiff Pray's that this Honorable Court will be [KC] appoint stand-by Counsel to assist the Plaintiff in this Cause. See "People v. Gibson - 556 N.E.2d 226; and People v. Redmond - 637 N.E.2d 536.

Respectfully Submitted,

Keven L. Carter

Keven L. Carter #R25659
Plaintiff.
Big Muddy River
Correctional Center
P.O. Box 900
Ina, Illinois 62846
Date: May 17, 2006

State of Illinois    )
                     ) SS
County of Jefferson  )

## Affidavit

I, Keven L. Carter, Reg. # R25659, hereby declares under the penalty of perjury that the following facts are made upon personal knowledge and belief, that they are true and correct to the best of my knowledge and belief, and if called upon as an witness, I am competent to testify to them.

*Keven L. Carter*
Keven L. Carter # R25659
Affiant.

Subscribed and sworn to before me on 5/17/6.
                                     Date

*[signature]*
Notary Public

"OFFICIAL SEAL"
Jennifer L. Wilson
Notary Public, State of Illinois
My Commission Exp. 07/31/2008

United States District Court

Central District of Illinois

Peoria Division

| | |
|---|---|
| Keven L. Carter,<br>    Plaintiff,<br><br>vs.<br><br>Erika Howard, et.al.,<br>    Defendants. | Case No. 04 C 1157 |

## Proof of Service

To: Office of the Attorney General
ATTN. Carrie K. Lacey
500 S. Second St.
Springfield, IL. 62706

To: United States District Court
Room 309
Office of the Clerk
100 N.E. Monroe
Peoria, IL. 61602

Please take notice that on May 17, 2006 I have placed the documents listed below in the institutional mail box at Big Muddy River Correctional Center properly addressed

to the Parties Listed above for mailing through the United States Postal Service: "Plaintiff's Proposed Case Management Plan"; "Notice-Change of Address"; "Motion For Appt. of Stand by Counsel"; and "request for Civil Docket Statement".

Date: May 17, 2006

Keven L. Carter
Keven L. Carter #R25659
Plaintiff,
Big Muddy River
Correctional Center
P.O. Box 900
Ina, Illinois 62846