E-FILED
Monday, 22 May, 2006  03:26:37 PM
Clerk, U.S. District Court, ILCD

United States District Court

Central District of Illinois

Peoria Division

FILED
MAY 2 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Keven Carter,
      Plaintiff,

vs.

Erika Howard, et.al.,
      Defendant's.

Case No. 04 C 1157

## Notice

Date: May 2006

This is a second Notice that the Plaintiff was transfered from Menard Correctional Center Menard, Illinois on March 8, 2006.

The new facility is:

Big Muddy River
   Correctional Center
P.O. Box 900
Ina, Illinois 62846

This is the last Notice for change of address for the Plaintiff, so make the necessary change so he will receive all future Court Notices at his New Correctional Center.

Respectfully Submitted,

Keven L. Carter
Keven L. Carter #R25659
Plaintiff.
Big Muddy River
Correctional Center
P.O. Box 900
INA, Illinois 62846