E-FILED
Monday, 22 May, 2006 03:28:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

FILED
MAY 22 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Keven L. Carter, #R25659,
    Plaintiff,
vs.
Erika Howard, et.al.,
    Defendants.

Case No. 04 C 1157

## Proposed Case Management Order

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting should be scheduled and attended by both parties.

    Keven L. Carter, the Plaintiff.

    Carrie K. Lacey, Asst. Attorney general for the Defendants.

2. The Fed. R. Civ. 26(a)(1) material will be exchanged by: (to be determined later)

3. Discovery Plan. The Plaintiff propose to the Court the following discovery plan:

    A. Discovery will be needed on the following subjects:
    
    — The circumstances of Plaintiff's 1st amendment denial during December 26, 2003 to May 25, 2004.
    
    — The nature and extent of the denial of the Plaintiff's 1st Amendment rights.
    
    B. Maximum of 25 interrogatories by each party to the other parties.
    
    C. Maximum of 25 requests for admission by each party to the other parties.
    
    D. Maximum of 5 depositions by Plaintiff and 3 by each defendant.
    
    E. All depositions shall be limited to a

maximum of 3 hours unless extended by agreement of the Parties.

F. Fact discovery cut off is set for August 30, 2006.

G. Deadlines related to reports from, and depositions of, retained experts will be established ~~as~~ K.C. at a later date.

H. All 8 Discovery shall be cut off by September 27, 2006.

I. Time for the Parties to Amend Pleadings and add Counts or Parties will be set by the Court.

J. The Plaintiff suggest the next discovery Conference with the Court be determined later.

All dispositive motions will be due 30 days after the fact discovery cut off date unless otherwise ordered by the Court and the Parties agree Pleadings, Motions and briefs ~~may~~ K.C. be

exchanged by U.S. mail service only due to Plaintiff's imprisonment.

                        *Keven L. Carter*
                        Keven L. Carter #R25659
                        Plaintiff.
                        Big Muddy River
                        Correctional Center
                        P.O. Box 900
                        Ina, Illinois 62846
                        Date: May 10, 2006

Entered:

                        _____
                        Hon. Harold A. Baker