Case No. 04-1157
Carter v. Howard

Dear Clerk,

Please take Notice that I have been transferred to New Correctional Center. Please forward all mail to:

Keven Carter #R25659
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL. 62274

Please send Acknowledgement Letter confirming change of Address.

Thank You!

Keven L. Carter
R25659

FILED
AUG 23 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 24 August, 2006, 08:16:12 AM
Clerk, U.S. District Court, ILCD