1:04-cv-01157-HAB-JAG  # 92-4  Page 1 of 5                                  E-FILED
                                                                                  Carter v. Howard, et al Monday, 25 September, 2006  09:38:12 AM
                                                                                  USDC-CD 04-1157    Clerk, U.S. District Court, ILCD

| STATE OF ILLINOIS | ) |
|---|---|
|  | ) ss. |
| COUNTY OF PERRY | ) |

## AFFIDAVIT

I, Steve Biby, having first been duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed as the Record Office Supervisor at Pinckneyville Correctional Center and have held that position since December 1, 1998.

2. As Record Office Supervisor, I am responsible for ensuring the maintenance and accuracy of inmate master files for inmates housed at Pinckneyville Correctional Center.

3. I hereby affirm the following attached documents from the master file of Kevin Carter, inmate #R25659, are true and correct photocopies of documents made at or near the time of the events depicted in the documents, which are maintained in the ordinary course of business at Pinckneyville Correctional Center.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

s/John Steve Biby

John Steve Biby

Subscribed and sworn to before me this ___ day of September, 2006.

s/Chalene A. Whitley

Notary Public

OFFICIAL SEAL
CHALENE A WHITLEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:00/00/00


DEFENDANT'S EXHIBIT

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Run Date: 01/02/2004

Name: CARTER, KEVIN
Hearing Date/Time: 01/01/2004   08:47 AM
Incident #: 200308894/1 - PON

IDOC #: R25659
Living Unit: PON-W-02-15
Status: Final

Race: White
Orientation Status: N/A

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 12/26/2003 | 1 | LEGNER, JOHN F | WEST HOUSE | 6:50 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 202 | Damage or Misuse of Property | Guilty |
| 304 | Insolence | Guilty |
| 404 | Violation of Rules | Guilty |

Comments: BANGING ON CELL DOOR

| Witness Type | Witness Id | Witness Name |
|---|---|---|
| Witness Status | | Witness Statement |

No Witnesses Requested

## RECORD OF PROCEEDINGS

REPORT READ. OFFENDER CARTER STATED HE IS NOT GUILTY. OFFENDER CARTER STATED HE WAS YELLING BECAUSE HE WAS IN NEED OF TOILET PAPER. OFFENDER CARTER FURTHER STATED THAT HE WAS NOT THE OFFENDER BANGING.

## BASIS FOR DECISION

BASED ON THE OBSERVATION OF THE R/E. WHILE ON TWO GALLERY IN THE WEST SEG. UNIT, THE R/E OBSERVED OFFENDER CARTER BANGING ON HIS ASSIGNED CELL DOOR (#215) WHILE YELLING IN A LOUD AND DISRUPTIVE MANNER. THE R/E THEN INQUIRED AS TO THE NATURE OF OFFENDER CARTER'S "PROBLEM". OFFENDER CARTER STATED THAT HE WANTED TO KNOW WHEN EXACTLY HE WOULD BE IN RECEIPT OF HIS PROPERTY. THE R/E THEN ADVISED OFFENDER CARTER THAT HE WOULD ADDRESS HIS REQUEST AND "GET BACK WITH HIM". APPROX. 5 MINUTES LATER, OFFENDER CARTER AGAIN BEGAN TO BANG ON HIS CELL DOOR. THE R/E THEN RETURNED TO TWO GALLERY AND OBSERVED OFFENDER CARTER BANGING AND YELLING. AT THIS TIME, OFFENDER CARTER EXPLAINED TO THE R/E THAT HE WAS "UNHAPPY" AND WANTED TO BE MOVED BACK TO THE FARM". THE R/E INFORMED CARTER THAT HE WAS JUST PREVIOUSLY WALKED TO WEST SEG. FROM PROTECTIVE CUSTODY AND HE WOULD NOT BE GOING TO THE FARM. OFFENDER CARTER THEN TOLD THE R/E THAT "HIS ACTIONS" WERE THE ONLY WAY TO "GET THINGS DONE AROUND HERE" AND THAT HE WOULD ACT THAT WAY TO GET WHAT HE WANTS. OFFENDER CARTER THEN TOLD THE R/E TO "SAVE HIS BREATH" BECAUSE IT (THE R/E'S WARNINGS TO BEHAVE) WAS GOING IN ONE EAR AND OUT THE OTHER. OFFENDER CARTER WAS POSITIVELY ID BY ID CARD. THE COMMITTEE IS SATISFIED ALL VIOLATIONS OCCURRED AS REPORTED.

## DISCIPLINARY ACTION (Consecutive to any priors)

Recommended:

Demotion to C Grade 3 Month(s)
Segregation 3 Month(s)
Loss of Commissary 3 Month(s)
Loss of Audio/Visual 3 Month(s)

Final:

Demotion to C grade 3 Month(s)
Segregation 3 Month(s)

Loss of Commissary 3 Month(s)
Loss of Audio/Visual 3 Month(s)

## SIGNATURES

Hearing Committee

HOWARD, ERIKA R - Chair Person

s/E. Howard
Signature

WHITE
Race

000025

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Run Date: 01/02/2004

**Name:** CARTER, KEVIN  **IDOC #:** R25659  **Race:** White
**Hearing Date/Time:** 01/01/2004  08:47 AM  **Living Unit:** PON-W-02-15  **Orientation Status:** N/A
**Incident #:** 200308894/1 - PON  **Status:** Final

## SIGNATURES

**Hearing Committee**

| VELA, CLIFFORD J | s/Clifford Vela | HISPANIC |
|---|---|---|
|  | Sig...... | Race |

**Recommended Action Approved**

**FINAL COMMENTS:**

| STEPHEN D MOTE / PP | s/Stephen D. Mote | 01/02/2004 |
|---|---|---|
| Chief Administrative Officer | S. | Date |

...ppeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

| s/P. Schute | 1-6-04  3:00 pm  By Mail |
|---|---|
| Person | When Served - - Date and Time |

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Run Date: 01/12/2004

Name: CARTER, KEVIN  IDOC #: R25659  Race: White
Hearing Date/Time: 01/08/2004  08:37 AM  Living Unit: PON-W-02-15  Orientation Status: N/A
Incident #: 200308893/2 - PON  Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 12/26/2013 | 1 | STAMM, SYLVIA A | SOUTH PROTECTIVE CUSTODY | 5:10 PM |
|  | 2 | STAMM, SYLVIA A | SOUTH PROTECTIVE CUSTODY | 5:10 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 403 | Disobeying a Direct Order | Guilty |
|  | Comments: REFUSED HOUSING |  |

Witness Type  Witness Id  Witness Name
Witness Status  Witness Statement

No Witnesses Requested

## RECORD OF PROCEEDINGS
**DR REWRITTEN TO REFLECT ADDITIONAL INFORMATION TO SUBSTANTIATE CHARGE.** OFFENDER CARTER STATED HE IS NOT GUILTY. WHEN QUESTIONED BY THE COMMITTEE, OFFENDER CARTER DENIED THAT HE WAS GIVEN A DIRECT ORDER.

## BASIS FOR DECISION
BASED ON THE OBSERVATION OF THE R/E. WHILE TOURING SEVEN GALLERY IN THE SOUTH PROTECTIVE CUSTODY UNIT, THE R/E WAS STOPPED BY OFFENDER CARTER R25659 (#751). AT THIS TIME, OFFENDER CARTER STATED TO THE R/E THAT HE NO LONGER WISHED TO REMAIN IN THE PROTECTIVE CUSTODY UNIT, BY REMARKING, "PLEASE GET ME OUT OF HERE!" THE R/E THEN ESCORTED OFFENDER CARTER TO SPEAK WITH LT. H. DEAN. IT WAS AT THAT POINT THAT OFFENDER CARTER STATED, "I DO NOT WANT IN PC AND I AM NOT GOING BACK TO THAT CELL TO LOCK UP!" LT. DEAN THEN NOTIFIED THE SHIFT COMMANDER. THE R/E, AS WELL AS, LT. H. DEAN (BOTH) GAVE OFFENDER CARTER A DIRECT ORDER TO LOCK UP IN THE PC UNIT. OFFENDER CARTER REFUSED THE ORDERS. OFFENDER CARTER WAS THEN WALKED TO THE WEST SEG. UNIT. OFFENDER CARTER WAS POSITIVELY ID BY ID CARD AND OTS. THE COMMITTEE IS SATISFIED ALL VIOLATIONS OCCURRED AS REPORTED.

## DISCIPLINARY ACTION (Consecutive to any priors)

Recommended:

Demotion to C Grade 1 Month(s)
Segregation 2 Month(s)
Loss of Commissary 1 Month(s)
Loss of Audio/Visual 1 Month(s)

Final:

Demotion to C grade 1 Month(s)
Segregation 2 Month(s)

Loss of Commissary 1 Month(s)
Loss of Audio/Visual 1 Month(s)

## SIGNATURES

Hearing Committee

HOWARD, ERIKA R - Chair Person       s/Erika Howard       E

ALLEN, RICHARD D       s/Richard D. Allen       K

Recommended Action Approved

000027

# STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Run Date: 01/12/2004

| | | |
|---|---|---|
| **Name:** CARTER, KEVIN | **IDOC #:** R25659 | **Race:** White |
| **Hearing Date/Time:** 01/08/2004  08:37 AM | **Living Unit:** PON-W-02-15 | **Orientation Status:** N/A |
| **Incident #:** 200308893/2 - PON | **Status:** Final | |

**FINAL COMMENTS:**

s/Stephen D. Mote

STEPHEN D MOTE / PP                                                                                   004
**Chief Administrative Officer**                   **Signature**                                      **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

s/DOC Employee                     -20-04       8:00 A.R.  By Mail
**Employee Serving Copy to Committed Person**       **When Served -- Date and Time**

000028