**E-FILED**
Friday, 29 September, 2006  09:38:33 AM
Clerk, U.S. District Court, ILCD

STATE OF ILLINOIS           )
                            ) ss.
COUNTY OF LIVINGSTON        )

*Carter v. Howard, et al.*
USDC-CD 04-1157

## AFFIDAVIT

I, Eldon Kennell, having first duly affirmed, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I am currently employed by the Illinois Department of Corrections as a Chaplain at Pontiac Correctional Center and have held this position since December 1988.

2. As Chaplain, I oversee the religious activities and address the religious requests of the offenders housed at Pontiac Correctional Center.

3. Offenders in segregation status do not attend communal religious services, but are provided with the opportunity to meet individually with a chaplain, imam, rabbi or volunteer. A number of religious volunteers visit Pontiac Correctional Center each week specifically to assist in providing for offenders' spiritual needs.

4. The segregation living units are toured at least once per week by religious volunteers who talk with offenders, as well as provide religious materials.

5. Individual religious counseling by the chaplain, imam, rabbi or a religious volunteer is available for all offenders, including those in segregation status.

6. During the time period of December 2003 through May 2004, offenders in segregation status were afforded the opportunities described above to meet individually with a religious leader or volunteer, and to obtain religious materials.

7. The frequency of such visits was at minimum once per week, depending on volunteer availability.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

s/Eldon Kennell
Eldon Kennell

Subscribed and sworn to before me this 27th day of September, 2006.

s/Michelle Rae Clark
Notary Public

OFFICIAL SEAL
MICHELLE RAE CLARK
Notary Public, State of Illinois
My Commission Expires Sep. 13, 2008


DEFENDANT'S EXHIBIT 4