E-FILED
Monday, 23 October, 2006 01:03:48 PM
Clerk, U.S. District Court, ILCD

United States District Court
For the Central District of Illinois
Peoria Division

FILED
OCT 23 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Keven L. Carter, #R25659, <br><br> Plaintiff, <br><br> -vs- <br><br> Erika Howard, et.al., <br><br> Defendants. | No. 04-C-1157 |

## Motion For Extension of time

Now Comes the Plaintiff, Keven Carter, appearing Pro Se moves this Honorable Court Pursuant to Local Rule 7.1d for extension to file his response to Defendants' motion for Summary Judgment.

In support he states:

1. That due to his imprisonment (segregation) he doesn't receive adequate materials (writting) to respond to said motion by October 19, 2006 when his response is due.

2. That he has an continuous negative balance in his trust fund due to legal copies and postage in excess of $800.00.

3. That he has complained to the Warden that the Paralegal is refusing him access to paper to

write his response since he doesn't have access to a typewriter or the means to buy said paper because he doesn't receive his state pay.

4. That the Paralegal is ignoring his timely request for paper and he (paralegal) is aware of the need to file response by october 19, 2006.

5. That the need for extension is beyond his control since this court refuses to appoint counsel to assist him in this matter.

6. That he needs court's intervention to make the Paralegal to provide him paper, pens. etc. in order to respond to said motion for summary judgment.

Wherefore, the Plaintiff prays that this Honorable Court will give him an extension of 30 days where he will be out of disciplinary segregation and would be able to get what is needed for his response.

If the Honorable Court decides not to grant this motion, he prays for an order directing the warden to provide him the writing supplies necessary to file his response within time set by this Honorable Court.

Respectfully Submitted,

Keven L. Carter
Keven L. Carter # R25659

Page 3 of 3

Pinckneyville Correctional CTR.
P.O. Box 999
Pinckneyville, IL. 62274
Date: October 16, 2006

State of Illinois
County of Perry

### Declaration

Pursuant to 28 U.S.C. § 1746, I, Keven L. Carter, hereby declares under the penalty of perjury, that I am the Plaintiff, that I have read the foregoing Motion and that the facts are true and correct to the best of my knowledge and belief.

*Keven L. Carter*
Keven L. Carter # R25659
Plaintiff, Pro Se.

United States District Court

For the Central District of Illinois

Peoria Division

| | |
|---|---|
| Keven Carter, #R25659,<br><br>Plaintiff,<br><br>-vs-<br><br>Erika Howard. et.al.,<br><br>Defendants. | Case No. 04-1157 |

### Proof of Service

TO: U.S. District Court
Central District of Illinois - Peoria Division
305 Federal Bldg. - Clerk of Courts
100 N.E. Monroe
Peoria, IL 61602

TO: Lisa Madigan
Attorney General State of Illinois
Attn. Carrie K.
500 S. Second St.
Springfield, IL 62706

Please take Notice that on October 17, 2006 I have placed the following Legal Document in the Institutional Mailbox at Pinckneyville Correctional Center in an envelope properly addressed as indicated above with First-Class Postage to be delivered through the United States Postal Service: "Motion For Extension to file Response". - Motion For Extension of time

Pursuant to 28 U.S.C. §1746, I, Keven Carter, hereby declares under the penalty of perjury, that I am the Plaintiff in this matter, that I have read the foregoing Proof of Service, and that the information contained therein is true and correct to the best of my knowledge and belief.

Date: October 17, 2006

*Keven L. Carter*

Keven L. Carter #R25659
Pinckneyville Correctional Ctr.
P.O. Box 999
Pinckneyville, IL 62274