# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Keven L. Carter**

vs.

**Erika Howard; Clifford Vella; Richard D. Allen; Douglas A. Cravens; Roger E. Walker, Jr. ; John Legnier; Jennifer Melvin; and Sylvia Stamm**

Case Number: **04-1157**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants Sylvia Stamm; Richard D. Allen; and John Legnier are terminated pursuant to order entered 6/21/05 pursuant to 28 U.S.C. § 1915A and Fed R. Civ. P. 12(b)(6). FURTHER ORDERED AND ADJUDGED that Defendant Douglas A. Cravens is dismissed pursuant to Fed. R Civ. P. Rule 4(m). FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in favor of the remaining defendants and against the plaintiff pursuant to Fed. R. Civ. P. 56 (c). The parties are to bear their own costs.

ENTER this 10th day of July, 2007

JOHN M. WATERS, CLERK

s/M. Leininger
BY: DEPUTY CLERK