

E-FILED
Friday, 10 August 2007 ... 2 AM
Clerk, U.S. District Court, ILCD

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

AUG 1 0 2007

**JOHN M. WATERS, Clerk**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

_Kevin Carter_

v.   Case No. _____

_Erika Howard, et. al.,_

)  Appeal from the United States District Court for the
)  _Central_ District of _Illinois_
)
)  District Court No. _04 - 1157_
)
)  District Court Judge _Howard Baker_
)

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty cf perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _Kevin L. Carter_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _3 August 5, 2007_

My issues on appeal are: _District Court abuse it's Discretion when he failed to Appoint Counsel or Stand by Counsel Which resulted in Summary Judgment. Such Decision Limited the Plaintiff in Discovery - Unable to take Depositions, etc._

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): _State Pay_ | $ 60.00 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 60.00 | $ 0 | $ 0 | $ 0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Excel Temps | St. Pete FL | 3/98 to 6/01 | $300/mo. |
| Pace Setters | St. Pete FL | 10/00 to 2/01 | $300/mo. |
| Jim Haubuck | Janesville, WI | 5/00 to 8/00 | $550.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| None | None | None | None |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | N/A | N/A |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| None | None | Make & year: None |
| | | Model: N/A |
| | | Registration # N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: None | TV $130 | None |
| Model: None | | |
| Registration # None | | |

SD 428

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N|A | N|A | N|A |
| | | |
| | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None | None | None |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? [ ] Yes [ ]No<br>Is property insurance included? [ ] Yes [ ]No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle expenses | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments)<br>Homeowner's or renter's | $ 0 | $ 0 |

Life                                                    $    ○    $    ○

Health                                                  $    ○    $    ○

  Motor vehicle                                         $    ○    $    ○

  Other: _____ N o N e _____                            $    ○    $    ○

Taxes (not deducted from wages or included in mortgage payments)    $    ○    $    ○
(specify):

Installment payments                                    $    ○    $    ○

  Motor Vehicle                                         $    ○    $    ○

  Credit card (name): _____ N o N e _____               $    ○    $    ○

  Department store (name): _____ N o N e _____          $    ○    $    ○

  Other: _____ N o N e _____                            $    ○    $    ○

Alimony, maintenance, and support paid to others        $    ○    $    ○

Regular expenses for operation of business, profession, or farm (attach    $    ○    $    ○
detail)

Other (specify): _____ N o N e _____                    $    ○    $    ○

                            Total monthly expenses:     $    ○    $    ○

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[X] Yes [ ] No If yes, describe on an attached sheet   WoN't receive ANY State Pay
                                                       For Next 6 moNth due to seq time.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No If yes, how much? $ _____ ○

If yes, state the attorney's name, address, and telephone number:

  N|A

SD 428

SD428 28

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?.

[  ] Yes [X] No  If yes, how much? $_____ NoNe

If yes, state the person's name, address, and telephone number:

_____ NoNe

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

HAD a ConTiNUOUS NegaTIVe balance for over
2 years - CuRReNTly owe over $1,000 for Legal
Postage / copies.

13. State the address of your legal residence.

_____ Homeless

_____

_____

Your daytime phone number: (__) _ NONE

Your age: 41  Your years of schooling: H.S. grad

Your social-security number: 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

SD 428

SD428.28

**Date:** 6/4/2007   **Time:** 12:56pm   04-CV-01157-HAB-JAG   # 100

**Pinckneyville Correctional Center**

Page 1

**Trust Fund**

d_list_inmate_trans_statement_composite

View Transactions

**Inmate: R25659 Carter, Kevin**                         **Housing Unit: PNK-R4-A -67**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | | **Beginning Balance:** | **-841.07** |
| 12/14/06 | Payroll | 20 Payroll Adjustment | 348175 | | P/R month of 11/2006 | 7.14 | -833.93 |
| 01/11/07 | Payroll | 20 Payroll Adjustment | 011175 | | P/R month of 12/2006 | 6.12 | -827.81 |
| 02/13/07 | Payroll | 20 Payroll Adjustment | 044122 | | P/R month of 01/2007 | 3.06 | -824.75 |
| 03/16/07 | Payroll | 20 Payroll Adjustment | 075141 | | P/R month of 02/2007 | 8.16 | -816.59 |
| 04/12/07 | Payroll | 20 Payroll Adjustment | 102141 | | P/R month of 03/2007 | 4.08 | -812.51 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131141 | | P/R month of 04/2007 | 3.74 | -808.77 |

| | |
|---|---:|
| **Total Inmate Funds:** | -808.77 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 241.79 |
| **Funds Available:** | -1,050.56 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | 205.09 |

# Pinckneyville Correctional Center
## Trust Fund
### View Restrictions

**Restrictions for:  R25659    Carter, Kevin**

| Date | Invoice Number | Type | Description | Vendor | Amount |
|------|----------------|------|-------------|--------|--------|
| 08/07/2006 | 219765 | Disb | Legal Postage | 4321 IBF Postage | $3.78 |
| 08/21/2006 | 219850 | Disb | Legal Postage | 4321 IBF Postage | $4.89 |
| 08/28/2006 | 219957 | Disb | Legal Postage | 4321 IBF Postage | $1.50 |
| 08/28/2006 | 219958 | Disb | Library | 2 DOC: 523 Fund Library | $0.70 |
| 09/06/2006 | 219999 | Disb | Legal Postage | 4321 IBF Postage | $1.59 |
| 09/07/2006 | 220056 | Disb | Legal Postage | 4321 IBF Postage | $3.03 |
| 09/11/2006 | 220075 | Disb | Legal Postage | 4321 IBF Postage | $8.31 |
| 09/11/2006 | 220078 | Disb | Library | 2 DOC: 523 Fund Library | $3.80 |
| 09/12/2006 | 220088 | Disb | Legal Postage | 4321 IBF Postage | $3.27 |
| 09/13/2006 | 220096 | Disb | Library | 2 DOC: 523 Fund Library | $8.15 |
| 09/19/2006 | 220134 | Disb | Legal Postage | 4321 IBF Postage | $4.20 |
| 09/21/2006 | 220153 | Disb | Legal Postage | 4321 IBF Postage | $1.59 |
| 09/25/2006 | 220186 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbu | $2.00 |
| 09/26/2006 | 220203 | Disb | Library | 2 DOC: 523 Fund Library | $4.60 |
| 10/02/2006 | 220265 | Disb | Legal Postage | 4321 IBF Postage | $1.59 |
| 10/02/2006 | 220265 | Disb | Legal Postage | 4321 IBF Postage | $1.74 |
| 10/11/2006 | 220353 | Disb | Legal Postage | 4321 IBF Postage | $0.39 |
| 10/12/2006 | 220372 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.90 |
| 10/12/2006 | 220373 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.85 |
| 10/13/2006 | 220386 | Disb | Legal Postage | 4321 IBF Postage | $3.72 |
| 10/18/2006 | 220411 | Disb | Library Copies | 2 DOC: 523 Fund Library | $2.95 |
| 10/19/2006 | 220442 | Disb | Legal Postage | 4321 IBF Postage | $1.65 |
| 10/25/2006 | 220495 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.85 |
| 10/25/2006 | 220507 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbu | $2.00 |
| 10/30/2006 | 220556 | Disb | Legal Postage | 4321 IBF Postage | $1.26 |
| 10/31/2006 | 220591 | Disb | Library Copies | 2 DOC: 523 Fund Library | $2.45 |
| 11/02/2006 | 220607 | Disb | Library Copies | 2 DOC: 523 Fund Library | $3.30 |
| 11/13/2006 | 220687 | Disb | Legal Postage | 4321 IBF Postage | $1.89 |
| 11/15/2006 | 220706 | Disb | Library | 2 DOC: 523 Fund Library | $0.60 |
| 11/15/2006 | 220706 | Disb | Library | 2 DOC: 523 Fund Library | $3.60 |
| 11/15/2006 | 220707 | Disb | Library | 2 DOC: 523 Fund Library | $0.70 |
| 11/17/2006 | 220731 | Disb | Legal Postage | 4321 IBF Postage | $4.20 |
| 11/21/2006 | 220780 | Disb | Legal Postage | 4321 IBF Postage | $1.74 |
| 11/22/2006 | 220795 | Disb | Library | 2 DOC: 523 Fund Library | $0.35 |
| 11/27/2006 | 220797 | Disb | Legal Postage | 4321 IBF Postage | $1.59 |
| 11/27/2006 | 220806 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbu | $2.00 |
| 12/20/2006 | 221075 | Disb | Legal Postage | 4321 IBF Postage | $1.11 |
| 12/21/2006 | 221090 | Disb | Library | 2 DOC: 523 Fund Library | $3.15 |
| 01/03/2007 | 221155 | Disb | Legal Postage | 4321 IBF Postage | $2.28 |
| 01/03/2007 | 221155 | Disb | Legal Postage | 4321 IBF Postage | $1.26 |

**Date:** 6/4/2007
1:04-cv-01157-HAB-JAG    # 100    Page 8 of 10    Page 2
**Time:** 12:57pm

**Pinckneyville Correctional Center**
**Trust Fund**

d_maint_tr_inmate_tr_restrictions    View Restrictions

**Restrictions for:  R25659    Carter, Kevin**

| Date | Invoice Number | Type | Description | Vendor | Amount |
|------|----------------|------|-------------|--------|--------|
| 01/03/2007 | 221160 | Disb | Legal Postage | 4321 IBF Postage | $1.65 |
| 01/08/2007 | 221212 | Disb | Legal Postage | 4321 IBF Postage | $0.39 |
| 01/10/2007 | 221224 | Disb | Library Copies | 2 DOC: 523 Fund Library | $0.40 |
| 01/10/2007 | 221225 | Disb | Library Copies | 2 DOC: 523 Fund Library | $2.20 |
| 01/18/2007 | 221289 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 01/18/2007 | 221290 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 01/19/2007 | 221295 | Disb | Legal Postage | 4321 IBF Postage | $0.39 |
| 01/26/2007 | 221360 | Disb | Legal Postage | 4321 IBF Postage | $1.98 |
| 01/29/2007 | 221371 | Disb | Legal Postage | 4321 IBF Postage | $1.02 |
| 02/08/2007 | 221482 | Disb | Legal Postage | 4321 IBF Postage | $2.07 |
| 02/13/2007 | 221485 | Disb | Legal Postage | 4321 IBF Postage | $0.63 |
| 02/15/2007 | 221509 | Disb | Legal Postage | 4321 IBF Postage | $6.66 |
| 02/21/2007 | 221554 | Disb | Legal Postage | 4321 IBF Postage | $1.35 |
| 02/22/2007 | 221591 | Disb | Library copies | 2 DOC: 523 Fund Library | $2.95 |
| 02/22/2007 | 221592 | Disb | Library copies | 2 DOC: 523 Fund Library | $8.80 |
| 02/22/2007 | 221599 | Disb | Library copies | 2 DOC: 523 Fund Library | $11.85 |
| 02/22/2007 | 221613 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimbu | $2.00 |
| 02/23/2007 | 221615 | Disb | Legal Postage | 4321 IBF Postage | $2.22 |
| 02/27/2007 | 221671 | Disb | Legal Postage | 4321 IBF Postage | $1.74 |
| 02/28/2007 | 221691 | Disb | Library Copies | 2 DOC: 523 Fund Library | $2.70 |
| 03/12/2007 | 221744 | Disb | Legal Postage | 4321 IBF Postage | $0.63 |
| 03/13/2007 | 221791 | Disb | Legal Postage | 4321 IBF Postage | $1.11 |
| 03/15/2007 | 221790 | Disb | Legal Postage | 4321 IBF Postage | $5.00 |
| 03/21/2007 | 221851 | Disb | Legal Postage | 4321 IBF Postage | $1.83 |
| 03/21/2007 | 221863 | Disb | Library-legal copies | 2 DOC: 523 Fund Library | $1.65 |
| 03/21/2007 | 221868 | Disb | Library-legal copies | 2 DOC: 523 Fund Library | $1.25 |
| 03/27/2007 | 221909 | Disb | Legal Postage | 4321 IBF Postage | $13.19 |
| 03/30/2007 | 221950 | Disb | Legal Postage | 4321 IBF Postage | $0.39 |
| 04/03/2007 | 221954 | Disb | Legal Postage | 4321 IBF Postage | $0.39 |
| 04/04/2007 | 221970 | Disb | Library-legal | 2 DOC: 523 Fund Library | $2.30 |
| 04/04/2007 | 221970 | Disb | Library-legal | 2 DOC: 523 Fund Library | $0.25 |
| 04/04/2007 | 221972 | Disb | Library-legal | 2 DOC: 523 Fund Library | $2.80 |
| 04/04/2007 | 221973 | Disb | Library-legal | 2 DOC: 523 Fund Library | $11.80 |
| 04/04/2007 | 221974 | Disb | Library-legal | 2 DOC: 523 Fund Library | $10.50 |
| 04/10/2007 | 221989 | Disb | Legal Postage | 4321 IBF Postage | $3.96 |
| 04/13/2007 | 221999 | Disb | Legal Postage | 4321 IBF Postage | $0.39 |
| 04/17/2007 | 222055 | Disb | Legal Postage | 4321 IBF Postage | $0.39 |
| 04/23/2007 | 222073 | Disb | Legal Postage | 4321 IBF Postage | $14.21 |
| 04/26/2007 | 222105 | Disb | Legal Postage | 4321 IBF Postage | $3.03 |
| 05/02/2007 | 222146 | Disb | Legal Postage | 4321 IBF Postage | $1.02 |

**Date:** 6/4/2007
**Time:** 12:57pm

1:04-cv-01157-HAB-JAG    # 100    Page 9 of 10

Page 3

**Pinckneyville Correctional Center**
**Trust Fund**

d_maint_tr_inmate_tr_restrictions                    View Restrictions

**Restrictions for:  R25659    Carter, Kevin**

| Date | Invoice Number | Type | Description | Vendor | Amount |
|------|----------------|------|-------------|--------|--------|
| 05/07/2007 | 222196 | Disb | Legal Postage | 4321 IBF Postage | $0.87 |
| 05/14/2007 | 222265 | Disb | Legal Postage | 4321 IBF Postage | $1.23 |
| 05/16/2007 | 222319 | Disb | Legal Postage | 4321 IBF Postage | $2.16 |
| 05/21/2007 | 222366 | Disb | Legal Postage | 4321 IBF Postage | $9.61 |

|  |  |
|--|--|
| **Total Restrictions:** | **$241.79** |
| **Inmate Restricted Balance:** | **$241.79** |

1:04-cv-00157-HAB-JAG    Page 10 of 10

**Date:** 04/24/2007

**Time:** 12:57pm

d_maint_tr_inmate_tr_furlough

# Pinckneyville Correctional Center
## Trust Fund
View Furloughs/Restitutions/Court Ord. Fees

| Inmate | F/R # Vendor | | Transaction Type | Transaction Date | Amount | Balance |
|---|---|---|---|---|---|---|
| R25659 Carter, Kevin | 3726 99999 | DOC: 523 Fund Inmate Rein | 71 Voluntary Restitutions | 9/29/2006 | 7.00 | 7.00 |
| | | Detailed History: | 1 Beginning Balance | 9/29/2006 | 7.00 | 7.00 |
| R25659 Carter, Kevin | 3727 99999 | DOC: 523 Fund Inmate Rein | 71 Voluntary Restitutions | 9/29/2006 | 198.09 | 198.09 |
| | | Detailed History: | 1 Beginning Balance | 9/29/2006 | 198.09 | 198.09 |
| R25659 Carter, Kevin | 3728 127 | United States District Court | 73 Court Ordered Fees | 9/29/2006 | 455.00 | 455.00 |
| | | Detailed History: | 1 Beginning Balance | 9/29/2006 | 455.00 | 455.00 |
| R25659 Carter, Kevin | 3729 127 | United States District Court | 73 Court Ordered Fees | 9/29/2006 | 237.41 | 237.41 |
| | | Detailed History: | 1 Beginning Balance | 9/29/2006 | 237.41 | 237.41 |
| R25659 Carter, Kevin | 3730 127 | United States District Court | 73 Court Ordered Fees | 9/29/2006 | 122.29 | 122.29 |
| | | Detailed History: | 1 Beginning Balance | 9/29/2006 | 122.29 | 122.29 |
| R25659 Carter, Kevin | 3731 201 | US District Court | 73 Court Ordered Fees | 9/29/2006 | 350.00 | 350.00 |
| | | Detailed History: | 1 Beginning Balance | 9/29/2006 | 350.00 | 350.00 |
| R25659 Carter, Kevin | 3732 202 | US District Court | 73 Court Ordered Fees | 9/29/2006 | 112.73 | 112.73 |
| | | Detailed History: | 1 Beginning Balance | 9/29/2006 | 112.73 | 112.73 |
| R25659 Carter, Kevin | 3733 202 | US District Court | 73 Court Ordered Fees | 9/29/2006 | 238.07 | 238.07 |
| | | Detailed History: | 1 Beginning Balance | 9/29/2006 | 238.07 | 238.07 |

Final Total    1,720.59