E-FILED
Friday, 10 August, 2007 12:31:48 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

In The

United States District Court

For The Central District Of Illinois

Peoria Division

| | |
|---|---|
| Keven L. Carter,<br>    Plaintiff-Appellant,<br><br>vs.<br><br>Erika Howard, et., al.,<br>    Defendants-Appellees. | No. 04-1157 |

## Notice of Appeal

Notice is hereby given that, Keven Carter, Plaintiff-Appellant, Pro se, in the above case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order of Summary Judgment Pursuant to Fed. R. Civ. Pro. Rule 56(c) to the Defendants entered in this action July 10, 2007.

                                            *Keven L. Carter*
                                            Keven L. Carter #R25659
                                            Plaintiff/Appellant, Pro se.
                                            Pinckneyville Correctional CTR.
                                            P.O. Box 999
                                            Pinckneyville, IL. 62274
                                            Date: July 18, 2007