# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL                                                                Docket No.: 04-1157

Division: PEORIA

**Plaintiff (Petitioner)        Short Caption        Defendant (Respondent)**

KEVEN L. CARTER                              v.        E. Howard, etal

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Keven L. Carter                                   Name: Carrie Kinsella

Firm: c/o Pinckneyville Corr Center                     Firm: IL Atty General

Address: PO Box 999                                     Address: 500 S. 2nd St.

Pinckneyville, IL. 62274                                Springfield, IL. 62706

Phone: 618-357-9722                                     Phone: 217-782-9014

---

Judge: Harold Bake                           Nature of Suit Code:   555

Court Reporter: T. Judd                      Date Filed in District Court:  5/18/04

                                             Date of Judgment: 7/10/7

                                             Date of Notice of Appeal: 8/10/7


Counsel:   ___Appointed        ___Retained    _X__Pro Se

Fee Status:     ___Paid        ___Due       __X_IFP       ___IFP Pending      ___U.S.      ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**