United States Dist. Court
Central Dist. of Illinois
Office of Clerk Room #309
100 N.E. Monroe
Peoria, IL, 61602

Aug. 28, 2007

FILED
SEP 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. 07-1212   Case No. 04 C 1157

Dear Clerk -

Please take Notice that I have been transfered as of Aug. 8, 2007. I just received Property which prevented me from informing Court sooner.

Keven L. Carter # R25659
Menard Correctional CTR.
P.O. Box 711
Menard, IL. 62259

Keven L. Carter