E-FILED
Wednesday, 27 February, 2008  12:28:30 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

FILED

FEB 27 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date:  February 25, 2008

By the Court:

No. 07-2888

KEVEN L. CARTER,
        Plaintiff - Appellant

  v.

ERIKA HOWARD, Chairman-Adjustment Committee, CLIFFORD VELLA, Correctional Officer, ROGER E. WALKER, JR., Director of Illinois Department of Corrections, et al.,
        Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1157, Harold A. Baker, Judge


    On 01/16/08, this court issued an order directing the pro se appellant to file a brief memorandum by 02/15/08, explaining why he contends the district court's denial of the in forma pauperis motion is erroneous.  The appellant has neither paid the $455 appellate fee nor filed the brief memorandum.  Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court.  The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b).  <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).


(1251-PLRA(g)-041299)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE:   February 25, 2008

TO:   Pamela E. Robinson
      United States District Court
      Central District of Illinois
      Room 309
      100 N.E. Monroe Street
      Peoria, IL   61602
      USA

FILED

FEB 27 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:   Clerk of the Court

RE:   07-2888
      Carter, Keven L. v. Howard, Erika
      04 C 1157, Harold A. Baker, Judge

   Herewith is the mandate of this court in this appeal.
   A certified copy of the opinion/order of the court
   shall constitute the mandate.

   There was no record filed with this court in this cause.

   Copies of this notice sent to:          Counsel of record

   [ ]     United States Marshal

   [ ]     United States Probation Office


   Please acknowledge receipt of these documents on the enclosed copy
   of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

   Received above mandate from the Clerk, U.S. Court of Appeals for
   the Seventh Circuit.

Date: _____     _____
(1202-052495)                            Deputy Clerk, U.S. District Court