# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**Keven L. Carter**

    vs.       Case Number:   **04-1157**

**Howard, et al.**

## ORDER

    Pursuant to the **2/25/08** mandate, in appellate case number **07-2888**, from the United States Court of Appeals, Seventh Circuit **[109]**, the agency having custody of the plaintiff, **Keven L. Carter,** is directed to remit the appellate docketing fee of $255 from his prison trust fund account if such funds are available.  If he does not have $255 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $255 is paid in its entirety.  The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 4th day of March, 2008

    __s/Harold A. Baker_____
    HAROLD A. BAKER
    U.S. District Judge