E-FILED
Monday, 07 April, 2008 09:54:58 AM
Clerk, U.S. District Court, ILCD

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 2, 2008



FILED
APR 0 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

By the Court:

| | |
|---|---|
| KEVEN L. CARTER,<br>    Plaintiff-Appellant,<br><br>No. 07-2888    v.<br><br>ERIKA HOWARD, Chairman-Adjustment Committee, CLIFFORD VELLA, Correctional Officer, ROGER E. WALKER, JR., Director of Illinois Department of Corrections, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 C 1157<br>]<br>] Harold A. Baker,<br>]    Judge.<br>]<br>]<br>]<br>] |

    Upon consideration of the **MOTION TO RECALL THE MANDATE**, filed on April 1, 2008, by the pro se appellant,

    **IT IS ORDERED** that the motion is **GRANTED**. The court's final order dated February 25, 2008, is **VACATED**, the mandate is **RECALLED**, and this appeal is **REINSTATED**.

    **IT IS FURTHER ORDERED** that the appellant file a brief memorandum explaining why he contends that the district court's denial of leave to proceed on appeal in forma pauperis is erroneous*. The memorandum must be filed by no later than May 2, 2008. Failure to file the memorandum by the due date will result in dismissal of this appeal for failure to prosecute.

\*   NOTE: The document should be titled "MEMORANDUM IN SUPPORT OF PLRA MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS."

A True Copy:
Teste:

[signature]
Clerk, United States
Court of Appeals for the
Seventh Circuit.