TOTAL P.001

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

FILED
APR 29 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: April 29, 2008

TO: District Court Clerk

RE: Notice to transmit the record


No. 07-2888

KEVEN L. CARTER,
       Plaintiff - Appellant
  v.

ERIKA HOWARD, Chairman-Adjustment Committee, CLIFFORD VELLA, Correctional Officer, ROGER E. WALKER, JR., Director of Illinois Department of Corrections, et al.,
       Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1157, Harold A. Baker, Judge


      Pursuant to Circuit Rule 11(a), the entire record is to be transmitted to this court immediately for use in the decision in the above named cause.


(1211-022296)