

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

Pamela E. Robinson
Clerk of Court

Tel: 309.671.7117
Fax: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

April 30, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE:  Carter v. Howard, et al.
        D. C. Docket No.  04-1157
        U. S. C. A. Docket No. 07-2888

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    __1__ Volumes of Pleadings

    ____ Volumes of Transcript

    ____ Volumes of Depositions

    ____ Volumes of Exhibits:

    ____ Impounded Exhibits:

    ____ Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        PAMELA E. ROBINSON, CLERK


        BY:____s/M. Leininger_____
           Deputy Clerk



# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

April 30, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Carter v. Howard, et al.
D. C. Docket No. 04-1157
U. S. C. A. Docket No. 07-2888

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

  1   Volumes of Pleadings

  ___ Volumes of Transcript

  ___ Volumes of Depositions

  ___ Volumes of Exhibits:

  ___ Impounded Exhibits:

  ___ Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:____s/M. Leininger_____
        Deputy Clerk