

**E-FILED**
Wednesday, 14 May, 2008 11:40:48 AM
Clerk, U.S. District Court, ILCD

MAY 14 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

April 30, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: Carter v. Howard, et al.
D. C. Docket No. 04-1157
U. S. C. A. Docket No. 07-2888

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

__1__ Volumes of Pleadings

____ Volumes of Transcript

____ Volumes of Depositions

____ Volumes of Exhibits:

____ Impounded Exhibits:

____ Other (specify):

U.S.C.A. — 7th Circuit
**FILED**
MAY 07 2008  GW
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:____s/M. Leininger_____
Deputy Clerk

**ON AIMS**
MAY 07 2008