# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 25, 2008

Before

MICHAEL S. KANNE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| KEVEN L. CARTER,<br>    Plaintiff-Appellant,<br><br>No. 07-2888    v.<br><br>ERIKA HOWARD, Chairman-Adjustment Committee, CLIFFORD VELLA, Correctional Officer, ROGER E. WALKER, JR., Director of Illinois Department of Corrections, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 C 1157<br>]<br>] Harold A. Baker,<br>]    Judge.<br>]<br>] |

FILED
JUN 27 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

    Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal,

    **IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED**. *See Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000). Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997).