# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

E-FILED
Friday, 18 July, 2008 04:22:48 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 1 8 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date:  July 16, 2008

By the Court:

No. 07-2888

KEVEN L. CARTER,
       Plaintiff - Appellant

v.

ERIKA HOWARD, Chairman-Adjustment Committee, CLIFFORD VELLA, Correctional Officer, ROGER E. WALKER, JR., Director of Illinois Department of Corrections, et al.,
       Defendants - Appellees


Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1157, Harold A. Baker, Judge


    The pro se appellant was **DENIED** leave to proceed on appeal in forma pauperis by the appellate court on 06/25/08 and was given 14 days to pay the $455 filing fee. The pro se appellant has not paid the $455 appellate fee. Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).


(1252-PLRA(g)-041299)


A True Copy
Teste
s/ Deputy Clerk
Clerk of the United States Court of Appeals for the Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE OF ISSUANCE OF MANDATE

DATE: July 16, 2008

TO: Pamela E. Robinson
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602
USA

FROM: Clerk of the Court

RE: 07-2888
Carter, Keven L. v. Howard, Erika
04 C 1157, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

The record that was filed with this court in this cause will be returned at a later date.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____           _____
(1203-052495)                           Deputy Clerk, U.S. District Court