**E-FILED**
Monday, 21 July, 2008  09:05:29 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**Keven L. Carter**

vs.                                                                                    Case Number:    **04-1157**

**Howard, et al.**

<u>ORDER</u>

Pursuant to the **7/16/08** mandate, in appellate case number **07-2888**, from the United States Court of Appeals, Seventh Circuit **[117]**, the agency having custody of the plaintiff, **Keven L. Carter,** is directed to remit the appellate docketing fee of $455 from his  prison trust fund account if such funds are available.  If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety.  The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 21st day of July, 2008.

___s/Harold A. Baker_____
HAROLD A. BAKER
U.S. District Judge