# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF RECORD RETURN

DATE:    August 7, 2008

TO:      Pamela E. Robinson
         United States District Court
         Central District of Illinois
         Room 309
         100 N.E. Monroe Street
         Peoria, IL   61602
         USA

FILED
AUG 1 2 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:    Clerk of the Court

RE:      07-2888
         Carter, Keven L. v. Howard, Erika
         04 C 1157, Harold A. Baker, Judge

The mandate or agency closing letter in this cause issued on 07/16/08.

Returned herewith is the record which was transmitted to this court.

ENCLOSED:

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] | Volumes Pleadings |
| [ ] | Volumes Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____        _____
                                    Deputy Clerk, U.S.  District Court
(1073-042591)                       or Agency Representative